FILED
FEB 10 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAMON ELLIOTT 31034-037
P.O. Box 150160  U.S. Penitentiary
Atlanta, Ga. 30315-0160            Civil Action No. _____
         Plaintiff,

                                   CASE NUMBER 1:06CV00240
             v.                    JUDGE: John D. Bates
                                   DECK TYPE: FOIA/Privacy Act
                                   DATE STAMP: 02/10/2006

UNITED STATES
DEPARTMENT OF AGRICULTURE
REE-ARS MAIL STOP 5128
5601 SUNNY SIDE AVE.
BELTSVILLE, MD. 20705-5128
         Defendant.

RECEIVED
JAN 23 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## COMPLAINT

On December 20, 2005, the Plaintiff has made a Freedom Of Information Act (FOIA) Request to the U.S. Dept. of Agriculture by Certified Mail 7003 1680 0005 1200 3028 for a File, Xerox, Copy of the Architecture Blueprints on (ALL) the Buildings that was constructed within the U.S. Dept. of Agriculture REE-ARS in Beltsville, Md. 20705.

On December 29, 2005, the Defendant denied Plaintiff F.O.I.A. Request and point to: 5 U.S.C. 552(b)(2). see attach.

On January 9, 2006, the Plaintiff appeal Defendant decision to: Administrator, ARS, USDA, Room 302-A Jamie L. Whitten Federal Building 14th and Independence Ave., S.W. Washington, D.C. 20250-1400. by Certified Mail    7003 1680 0005 1211 3437.

On January 20, 2006, the Administrator refuse to respond to Plaintiff appeal.

Plaintiff believe the search conducted was not adequate, and the response was in error.

The Plaintiff treat the incomplete response by the Defendant and Administrator as a denial of his F.O.I.A. Request and seek judicial review.

Plaintiff request the Court to order the Defendant to disclose the Architecture Blue-prints for (ALL) the Buildings that was constructed within the U.S. Department of Agriculture Beltsville, Md. 20705,

or, Grant Plaintiff an Attorney for further investigation, and Plaintiff demand a Trial by Jury to determine whether the Blue-Prints are exempt from disclosure pursuant to 5 U.S.C. 552(b)(2).

Damon Elliott

2 of 2

**USDA**

United States Department of Agriculture

Research, Education and Economics
Agricultural Research Service

December 29, 2005

Mr. Damon Elliott
31034-037
United States Penitentiary
P.O. Box 150160
Atlanta, Georgia 30315

Dear Mr. Elliott:

This is in response to your December 12, 2005, Freedom of Information Act (FOIA) request addressed to the National Agricultural Library, Agricultural Research Service (ARS), your December 12, 2005, FOIA request addressed to Lisa Bynum, Real Property Section, ARS, and your December 7, 2005, FOIA request addressed to Andrea Fowler, U.S. Department of Agriculture (USDA). Your requests are for the blueprints for Building 022, Beltsville Agricultural Research Center (BARC), Beltsville, Maryland. In the future, any requests for records maintained by ARS should be addressed directly to this office as specified in the Code of Federal Regulations: FOIA Office, ARS, USDA, Mail Stop 5128, 5601 Sunnyside Avenue, Beltsville, Maryland 20705-5128.

We searched our files for the blueprints for Building 022, BARC, and were unable to locate any such records. In instances where no records exist that are responsive to an FOIA request, we are required to inform requesters that they have a right to appeal that determination administratively by writing to the Administrator, ARS, USDA, Room 302-A, Jamie L. Whitten Federal Building, 14th & Independence Avenue, SW, Washington, DC 20250. The appeal must be received by that office within 45 days of the date of this letter. The phrase "FOIA Appeal" should be placed in capital letters on the front of the envelope containing the appeal.

You should be aware that the blueprints for Federal Buildings are exempt from disclosure pursuant to 5 U.S.C. 552 (b)(2). Exemption 2 protects sensitive critical infrastructure information related to security and safety.

Sincerely,

STASIA A.M. HUTCHISON
Freedom of Information Act
 Coordinator

06 0240

**FILED**

FEB 1 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Office of the Director, Information Staff
5601 Sunnyside Avenue, Mail Stop 5128, Beltsville, MD 20705-5128
Voice: 301-504-1655 * FAX: 301-504-1647 * E-mail: shutchison@ars.usda.gov

**USDA**

United States Department of Agriculture

Research, Education and Economics
Agricultural Research Service

December 29, 2005

Mr. Damon Elliott
31034-037
United States Penitentiary
P.O. Box 150160
Atlanta, Georgia 30315

Dear Mr. Elliott:

This is in response to your November 24, 2005, Freedom of Information Act (FOIA) request addressed to the Office of the Attorney General, Department of Housing and Community Development and forwarded to this office for response along with your November 27, 2005, FOIA request to Lisa Bynum, Real Property Section, Agricultural Research Service (ARS), your November 28, 2005, FOIA request to Claudette Joyner, Real Property Section, ARS, your December 20, 2005, FOIA request to the Director, Beltsville Agricultural Research Center (BARC), and your November 27 and December 29, 2005, FOIA requests addressed to this office. Your requests are for the blueprints for all buildings constructed within BARC, Beltsville, Maryland. In the future, any requests for records maintained by ARS should only be addressed to this office as specified in the Code of Federal Regulations: FOIA Office, Agricultural Research Service (ARS), U.S. Department of Agriculture (USDA), Mail Stop 5128, 5601 Sunnyside Avenue, Beltsville, Maryland 20705-5128.

We searched our files for the blueprints for buildings constructed within BARC, Beltsville, Maryland. Our agency maintains blueprints for 375 buildings constructed within BARC. However, your request for access is being denied in full. Blueprints for Federal Buildings are exempt from disclosure pursuant to 5 U.S.C. 552 (b)(2). Exemption 2 protects sensitive critical infrastructure information related to security and safety. You have a right to appeal the denial of this information by writing to the Administrator, ARS, USDA, Room 302, Jamie L. Whitten Federal Building, 14th & Independence, S.W., Washington, D.C. 20250-1400. This office must receive the appeal within 45 days of the date of this letter and the phrase "FOIA Appeal" should be placed in capital letters on the front of the envelope containing the appeal.

Sincerely,

STASIA A.M. HUTCHISON
Freedom of Information Act
  Coordinator

Office of the Director, Information Staff
5601 Sunnyside Avenue, Mail Stop 5128, Beltsville, MD 20705-5128
Voice: 301-504-1655 * FAX: 301-504-1647 * E-mail: shutchison@ars.usda.gov