UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAMON ELLIOTT 31034-037
FEDERAL CORRECTIONAL COMPLEX
UNITED STATES PENITENTIARY 2
P.O. BOX 1034
COLEMAN, FLORIDA 33521-0879,
  Plaintiff,

Civil Action No. 060240 JDB

v.

UNITED STATES DEPARTMENT
OF AGRICULTURE,
  Defendant.

ADDRESS CHANGE

Please make note of Plaintiff address change.

RECEIVED
MAR 3 – 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Damon Elliott