UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAMON ELLIOTT 31034-037
FEDERAL CORRECTIONAL COMPLEX
UNITED STATES PENITENTIARY-2
P.O. BOX 1034
COLEMAN, FL. 33521          Civil Action #: 060240 JDB
            Plaintiff,

                v.

UNITED STATES DEPARTMENT
OF AGRICULTURE,
            Defendant.

RECEIVED
MAR 6 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## AMENDMENT F.R.C.P. 15 A

Plaintiff was accuse and convicted of committing a federal crime in Building 22 at the Beltsville Agriculture Research Center in Beltsville, Maryland 20705.

Pamela Ann Cochran, an employee of the United States Department of Agriculture,

1 of 2

testified in Plaintiff criminal trial (P.J.M. 97-053) "that Building 22 fall within the boundary of the Beltsville Agriculture Research Center and is the property of the United States Department of Agriculture."

Plaintiff request the Court to order the Defendant to disclose the Architecture Blue-prints for Building 22 that was testified to fall within the boundary of the Beltsville Agriculture Research Center in Beltsville, Maryland 20705.

March 3, 2006

*Damon Elliott*