UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAMON ELLIOTT 31034-037** ) <br> P.O. Box 150160 ) <br> Atlanta, GA 30315-0160 ) <br> ) <br>     **Plaintiff,** ) <br> ) **Electronic Filing** <br> v. ) **Civil Action No. 06-0240** <br> ) <br> ) <br> **UNITED STATES DEPARTMENT OF** ) <br> **AGRICULTURE** ) <br> REE- ARS Mailstop 5128 ) <br> 5601 Sunny Side Ave. ) <br> Beltsville, MD 20705-5128 ) <br> ) <br>     **Defendant.** ) <br> _____) | |

### NOTICE OF APPEARANCE

 THE CLERK OF THE COURT will please enter the appearance of Charlotte A. Abel, Assistant U.S. Attorney, as counsel of record for defendant, in the above-captioned case.

            Respectfully submitted,

            CHARLOTTE A. ABEL, DC Bar #388582
            Assistant U.S. Attorney
            Judiciary Center Building
            555 Fourth St., N.W.
            Washington, D.C.  20530
            (202) 307-2332

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of March, 2006, I caused the foregoing Praecipe to be served on plaintiff, postage prepaid, addressed as follows:

DAMON ELLIOTT 31034-037
Federal Correctional Complex
United States Penitentiary 2
P.O. Box 1034
Coleman, FL 33521-0879

_____
CHARLOTTE A. ABEL
Assistant United States Attorney
Judiciary Center Building
555 Fourth St., N.W.
Washington, D.C. 20001
(202) 307-2332