UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMON ELLIOTT 31034-037 )<br> )<br>     Plaintiff, )<br> )<br>v. )<br> )<br> )<br>UNITED STATES DEPARTMENT OF )<br>AGRICULTURE )<br> )<br>     Defendant. )<br>_____ ) | Electronic Filing<br>Civil Action No. 06-0240 |

**FIRST MOTION TO EXTEND TIME
TO ANSWER OR OTHERWISE RESPOND
TO THE COMPLAINT**

Federal defendant moves, pursuant to Fed.R.Civ.P. 6(b)(1), for an extension of time to answer or otherwise respond to the complaint brought under the Freedom of Information Act ("FOIA"), 5 U.S.C.A. § 552. Plaintiff is a federal inmate currently incarcerated in Coleman, Florida. According to the complaint, Plaintiff seeks the release of blueprints of building from the Department of Agriculture. An answer to the complaint is due on or about March 16, 2006.

Undersigned counsel has conferred with agency counsel with regard to the allegations in the complaint. Those discussions form the basis of defendant's request for an extension of time in which to respond to the complaint. Further investigation is required before defendant can properly formulate a response to plaintiff's allegations. For this reason, defendant request an extension of time of approximately thirty days in which to answer or otherwise respond to the complaint.

Accordingly, defendant moves for an extension of time to answer or otherwise respond to the complaint until and including April 19, 2006.

Respectfully submitted,


_____
KENNETH L. WAINSTEIN
D.C. Bar No. 451058
United States Attorney


_____
CHARLOTTE A. ABEL
D.C. Bar No. 388582
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 307-2332

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing motion to extend time and attached proposed order was mailed, postage prepaid, on this 16th day of March, 2006, to:

Damon Elliott 31034-037
Federal Correctional Complex
United States Penitentiary 2
P.O. Box 1034
Coleman, FL 33521-0879

_____
Charlotte A. Abel