UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAMON ELLIOTT 31034-037** | ) |
| **Plaintiff,** | ) |
| | ) **Electronic Filing** |
| v. | ) **Civil Action No. 06-0240** |
| | ) |
| **UNITED STATES DEPARTMENT OF AGRICULTURE** | ) |
| **Defendant.** | ) |

<u>ORDER</u>

UPON CONSIDERATION of federal defendant's First Motion to Extend Time to Answer or Otherwise Respond to the Complaint, and for good cause shown, it is this _____ day of _____, 2006,

ORDERED, that federal defendant's motion should be, and it hereby is, granted, and that defendant shall have up to and including April 19, 2006, to answer or otherwise respond to the complaint.

_____
UNITED STATES DISTRICT JUDGE