UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAMON ELLIOTT 31034-037** )<br>)<br>**Plaintiff,** )<br>) **Electronic Filing**<br>v. ) **Civil Action No. 06-0240**<br>)<br>)<br>**UNITED STATES DEPARTMENT OF** )<br>**AGRICULTURE** )<br>)<br>**Defendant.** )<br>_____) | |

### ANSWER TO THE COMPLAINT

Defendant Department of Agriculture, by its undersigned attorneys, answers the complaint as follows:

### FIRST DEFENSE

The complaint fails to state a claims upon which relief can be granted.

### SECOND DEFENSE

Plaintiff has failed to exhaust his administrative remedies.

### THIRD DEFENSE

1. In response to the first unnumbered paragraph, defendant admits that the plaintiff made a request under the Freedom of Information Act ("FOIA") dated December 20, 2005, to the Director, Beltsville Agriculture Research Center ("BARC"), United States Department of Agriculture ("USDA"), for the blueprints of all buildings within BARC.

2. In response to the second unnumbered paragraph, defendant admits that an initial reply dated December 29, 2005, was made to the plaintiff denying the above-referenced FOIA request and citing Exemption 2 of the FOIA (5 U.S.C. 552(b)(2)).

3. In response to the third unnumbered paragraph, defendant denies except to admit that the plaintiff filed an appeal dated January 9, 2006, from an initial reply to an FOIA request to the USDA other than the above-referenced request.

4. Defendant denies the allegations contained in the fourth unnumbered paragraph of the complaint.

5. With regard to the remaining unnumbered allegations in the complaint, defendant denies that the search for blueprints was not adequate and that the response to plaintiff's FOIA request was in error. Defendant lacks sufficient information to admit plaintiff's belief regarding the same. Defendant admits that plaintiff alleges that his FOIA request was denied and that he has sought judicial review. Defendant denies that plaintiff is entitled to the relief that he seeks and denies that plaintiff is entitled to a jury trial.

Further answering the complaint, defendant denies each and every allegation not expressly admitted.

Respectfully submitted,

___/s/_____
KENNETH L. WAINSTEIN
D.C. Bar No. 451058
United States Attorney


___/s/_____
RUDOLPH CONTRERAS
D.C. Bar No. 434122
Assistant United States Attorney


___/s/_____
CHARLOTTE A. ABEL
D.C. Bar No. 388582
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 307-2332


CERTIFICATE OF SERVICE

I certify that a copy of the foregoing answer and proposed scheduling order was mailed, postage prepaid, on this 20th day of April, 2006, to:

Damon Elliott 31034-037
Federal Correctional Complex
United States Penitentiary 2
P.O. Box 1034
Coleman, FL 33521-0879

_/s/_____
Charlotte A. Abel