UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMON ELLIOTT 31034-037 )<br>P.O. Box 150160 )<br>Atlanta, GA 30315-0160 )<br>)<br>　　　　　　　Plaintiff, )<br>) **Electronic Filing**<br>v.　　　　　　　　　　 ) **Civil Action No. 06-0240**<br>)<br>)<br>UNITED STATES DEPARTMENT OF )<br>AGRICULTURE )<br>REE- ARS Mailstop 5128 )<br>5601 Sunny Side Ave. )<br>Beltsville, MD 20705-5128 )<br>)<br>　　　　　　　Defendant. )<br>_____ ) | |

## NOTICE OF FILING

　　THE CLERK OF THE COURT will please note the submission of defendant's proposed scheduling order attached hereto.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　CHARLOTTE A. ABEL, DC Bar #388582
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　Judiciary Center Building
　　　　　　　　　　　　　　　　　　　　555 Fourth St., N.W.
　　　　　　　　　　　　　　　　　　　　Washington, D.C.  20530
　　　　　　　　　　　　　　　　　　　　(202) 307-2332

## **CERTIFICATE OF SERVICE**

I hereby certify that on this <u>20th</u> day of April, 2006, I caused the foregoing Notice of

Filing to be served on plaintiff, postage prepaid, addressed as follows:

DAMON ELLIOTT 31034-037  
Federal Correctional Complex  
United States Penitentiary 2  
P.O. Box 1034  
Coleman, FL 33521-0879

                                                  /s/  
                                      CHARLOTTE A. ABEL  
                                      Assistant United States Attorney  
                                      Judiciary Center Building  
                                      555 Fourth St., N.W.  
                                      Washington, D.C.  20001  
                                      (202) 307-2332