UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAMON ELLIOTT 31034-037** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Electronic Filing |
| v. | ) Civil Action No. 06-0240 |
| | ) |
| **UNITED STATES DEPARTMENT OF AGRICULTURE** | ) |
| | ) |
| **Defendant.** | ) |

DEFENDANT'S PROPOSED SCHEDULING ORDER

The parties shall adhere to the following scheduling order:

Dispositive motions due     July 7, 2006

Oppositions due     August 4, 2006

Replies due     August 22, 2006

_____
UNITED STATES DISTRICT JUDGE