UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAMON ELLIOTT 31034-037** )<br>)<br>**Plaintiff,** )<br>)<br>  )<br>v.  )<br>  )<br>  )<br>**UNITED STATES DEPARTMENT OF** )<br>**AGRICULTURE** )<br>  )<br>**Defendant.** )<br>_____ ) | **Electronic Filing**<br>**Civil Action No. 06-0240 (JDB)** |

**MOTION TO AMEND**
**SCHEDULING ORDER**

Federal defendant moves, pursuant to Fed.R.Civ.P. 6(b)(1), to amend the scheduling order entered on April 20, 2006.[1] Dispositive motions are currently due on July 7, 2006, responses on August 4, 2006, and replies on August 22. This is a lawsuit brought under the Freedom of Information Act ("FOIA"), by a federal inmate currently incarcerated in Coleman, Florida. Plaintiff seeks the release of blueprints of building from the Beltsville Agriculture Research Center, Department of Agriculture.

Plaintiff's request for blueprints of the buildings at the Beltsville Agriculture Research Center has been made in an era of heightened vigilance in the wake of the terrorist attack of September 11, 2001. There are wastewater treatment plants, water distribution stations, and power transfer stations at the Beltsville Agricultural Research Center. These types of facilities have been designated by the Department of Homeland Security as critical infrastructure assets that mandate continuous security protection. Defendant is investigating to what extent national

---

[1] LCvR 7(m) is not applicable to this matter because plaintiff is a prisoner who is proceeding pro se.

security concerns are implicated by plaintiff's request for blueprints of the buildings at the Beltsville Agricultural Research Center. To make this determination, defendant is consulting with the appropriate security personnel. Further consultation is necessary before defendant will be able to complete a dispostive motion on this subject. For this reason, defendant moves to amend the scheduling order so that it may have additional time in which to complete a dispositive motion.

Accordingly, defendant moves that the scheduling order be amended as follows: Defendant's disposive motion due on September 27, 2006; plaintiff's opposition due on October 30; and defendant's reply due on November 16, 2006.

Respectfully submitted,

\_\_/s/_____
KENNETH L. WAINSTEIN
D.C. Bar No. 451058
United States Attorney

\_\_/s/_____
RUDOLPH CONTRERAS
Assistant United States Attorney

\_\_/s/_____
CHARLOTTE A. ABEL
D.C. Bar No. 388582
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 307-2332

CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing motion to extend time and attached proposed order was mailed, postage prepaid, on this 7th day of July, 2006, to:

Damon Elliott 31034-037
Federal Correctional Complex
United States Penitentiary 2
P.O. Box 1034
Coleman, FL 33521-0879

                                          __/s/_____
                                          Charlotte A. Abel