UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMON ELLIOTT 31034-037 | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) **Electronic Filing** |
| v. | ) **Civil Action No. 06-0240 (JDB)** |
| | ) |
| | ) |
| UNITED STATES DEPARTMENT OF | ) |
| AGRICULTURE | ) |
| | ) |
| Defendant. | ) |
| | ) |

DEFENDANT'S PROPOSED AMENDED SCHEDULING ORDER

The parties shall adhere to the following scheduling order:

Dispositive motions due    September 27, 2006

Oppositions due    October 31, 2006

Replies due    November 16, 2006

_____
UNITED STATES DISTRICT JUDGE