UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMON ELLIOTT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EXECUTIVE OFFICE OF THE )<br>UNITED STATES ATTORNEYS, )<br>)<br>Defendant. )<br>)<br>_____ ) | Civil Action No. 062-0904 (JR) |

**STATEMENT OF MATERIAL FACTS AS TO WHICH**
**THERE IS NO GENUINE ISSUE**

Pursuant to Local Rule 7(h), the defendant hereby submits the following material facts as to which there is no genuine dispute:

1. On December 2, 2005, and December 29, 2005, the Office Agriculture Research Service ("ARS"),("United States Department of Agriculture") received FOIA requests from Damon Elliott dated November 27, 2005, and December 19, 2005, in which he requested a copy of the blueprints for all Buildings within the Beltsville Agricultural Research Center (BARC), Beltsville, Maryland. See Declaration of Stasia M. Hutchison (Hutchison Decl.") ¶ 3 and Exhibit A attached thereto. In addition, requests from plaintiff for the same information were forwarded to the ARS FOIA office from Lisa Bynum, Real Property Section, ARS; Claudette Joyner, Real Property Section, ARS; Office of the Attorney General, Department of Housing and Community Development; and the Director, BARC. Id.

2. In response to these FOIA requests, on December 8, 2005, the ARS sent a email to the Realty Specialist, Real Property Section, BARC, inquiring whether BARC maintains

copies of blueprints for BARC buildings. Hutchison Decl. ¶ 4.

3. By email dated December 8, 2005, the Realty Specialist responded that the building blueprints are archived at the Engineering and Construction Branch, BARC. Hutchison Decl. ¶ 5.

4. By email dated December 28, 2005, the Realty Specialist provided a listing of architectural drawings on file at the Engineering and Construction Branch, BARC. Hutchison Decl. ¶ 6.

5. On December 29, 2005, the ARS responded to Damon Elliott's FOIA requests. Hutchison Decl. ¶ 7. The agency informed plaintiff that it maintains blueprints for 375 buildings within BARC. Id. The ARS informed plaintiff that his request for access was being denied in full. Id. The blueprints were withheld pursuant to 5 U.S.C. 552 (b)(2) which protects sensitive critical infrastructure information related to security and safety. Id. Plaintiff was told how to appeal the decision to withhold the blueprints for BARC buildings. Id.

6. On January 23, 2006, the ARS received a letter dated January 4, 2006, from plaintiff appealing the denial of information regarding the blueprints for all buildings within the BARC. Hutchison Decl. ¶ 8. In his letter, plaintiff contends that the search conducted for the blueprints of all buildings within BARC was not adequate and the agency's response was in error. Id.

7. On February 8, 2006, the ARS responded to Mr. Elliott's appeal dated January 4, 2006, and stated that they searched their files for the blueprints for buildings within BARC, and located blueprints for 375 buildings. Hutchison Decl. ¶ 9. The ARS emphasized that the agency was able to locate the records. Id. But the ARS explained that the request for these records was being denied as blueprints for federal buildings are exempt from disclosure pursuant to 5 U.S.C.

552 (b)(2), which protects sensitive critical infrastructure information related to security and safety.  Id.

8. Plaintiff also submitted additional FOIA requests specifically requesting the blueprints for Building 022, BARC, Beltsville, Maryland.  Hutchison Decl. ¶ 10.  On December 19, 2005, ARS received a FOIA request dated December 12, 2005, addressed to the National Agricultural Library from plaintiff in which he requested a copy of the blueprints for Building 022, BARC.  Id.  In addition, requests from Damon Elliott for the same information were forwarded to the ARS FOIA office from Lisa Bynum, Real Property Section, ARS, and Andrea Fowler, Department FOIA Officer.  Id.

9. On December 22, 2005, in response to these FOIA requests, the ARS sent an email to the Realty Specialist, Real Property Section, BARC, inquiring whether BARC maintains copies of blueprints for Building 022, BARC. Hutchison Decl. ¶ 11.

10. By email dated December 28, 2005, the Realty Specialist responded that there were no drawings (including blueprints) for Residence 022 (Building 022) available.  Hutchison Decl. ¶ 12.  The files maintained by the Real Property Section and the Engineering and Construction Branch were searched.  Id.

11. On December 29, 2005, the ARS responded to Damon Elliott's FOIA requests. Hutchison Decl. ¶ 13.  The agency informed Damon Elliott that staff had searched the files for the blueprints for Building 022, BARC; however, it was unable to locate any records.  Id. Plaintiff was provided with a 'no records' response along with information to appeal the response.  Id.

12. On January 23, 2006, ARS received a letter dated January 9, 2006, from plaintiff appealing the 'no records' determination regarding blueprints for Building 022, BARC.

Hutchison Decl. ¶ 14. In his letter, plaintiff contends that the search conducted was not adequate and the response was in error. Id.

13. In response to the appeal, this office again contacted the Realty Specialist, Real Property Section. Hutchison Decl. ¶ 15. The files maintained by the Real Property Section and the Engineering and Construction Branch, BARC, were searched and no blueprints were located for Building 022, BARC. Id.

14. Plaintiff's judicial complaint is stamped "RECEIVED, Jan 23, 2006, Nancy Mayer Whittington, Clerk, U.S. District Court." Hutchison Decl. ¶ 16.

15. The judicial complaint is stamped "FILED, Feb 10, 2006, Nancy Mayer Whittington, Clerk, U.S. District Court." Hutchison Decl. ¶ 17.

16. On March 1, 2006, Antoinette Betschart, Acting Administrator, ARS, upheld the 'no records' determination. Hutchison Decl. ¶ 18. The letter provided that the Real Property Section and the Engineering and Construction Branch, BARC, conducted searches of their records and were unable to locate any blueprints for Building 022, BARC, Beltsville, Maryland. Id. In early September, the files in the Real Property Section and the Engineering and Construction Branch, BARC, were searched again and no blueprints were located for Building 022. Id.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____
CHARLOTTE A. ABEL, D.C. Bar # 388582
Assistant United States Attorney