## Declaration of Stasia M. Hutchison

I, Stasia M. Hutchison, state as follows:

1. I am employed as a Freedom of Information Act (FOIA) and Privacy Act (PA) Officer in the Agricultural Research Service (ARS), United States Department of Agriculture (USDA). I am responsible for administering the FOIA and PA for the Research, Education, and Economic (REE) agencies of USDA, which includes ARS, Cooperative State Research, Education, and Extension Service (CSREES), Economic Research Service (ERS), and National Agricultural Statistics Service (NASS). My duties include reviewing and processing FOIA and PA requests and appeals. I have been administering the FOIA and PA for the REE agencies since 1988. Accordingly, I am familiar with the organizational structure and responsibilities of the REE agencies.

2. I make the statements herein on the basis of personal knowledge, as well as on information acquired by me in the course of performing my official duties.

3. On December 2, 2005, and December 29, 2005, this office received FOIA requests from Damon Elliott dated November 27, 2005, and December 19, 2005, in which he requested a copy of the blueprints for all Buildings constructed within the Beltsville Agricultural Research Center (BARC), Beltsville, Maryland. In addition, requests from Damon Elliott for the same information were forwarded to this office from Lisa Bynum, Real Property Section, ARS; Claudette Joyner, Real Property Section, ARS; Office of the Attorney General, Department of Housing and Community Development; and the Director, BARC.

4. In response to these FOIA requests, on December 8, 2005, I sent an email to the Realty Specialist, Real Property Section, BARC, requesting whether BARC maintains copies of blueprints for BARC buildings.

5. By email dated December 8, 2005, the Realty Specialist stated that the building blueprints are archived at the Engineering and Construction Branch, BARC.

6. By email dated December 28, 2005, the Realty Specialist provided a listing of architectural drawings on file at the Engineering and Construction Branch, BARC.

7. On December 29, 2005, this office responded to Damon Elliott's FOIA requests. We informed Damon Elliott that our agency maintains blueprints for 375 buildings constructed within BARC. We informed Damon Elliott that his request for access was being denied in full. The blueprints were withheld pursuant to 5 U.S.C. 552 (b)(2) which protects sensitive critical infrastructure information related to security and safety. Damon Elliott was provided with information to appeal the decision to withhold the blueprints for BARC buildings.

8. On January 23, 2006, this office received a letter dated January 4, 2006, from Daman Elliott appealing the denial of information regarding the blueprints for all buildings constructed within the BARC. In his letter, Mr. Elliott contends that the search conducted for the blueprints of all buildings within BARC was not adequate and our response was in error.

9. On February 8, 2006, this office responded to Mr. Elliott's appeal dated January 4, 2006, and stated that we searched our files for the blueprints for buildings constructed within BARC, and located blueprints for 375 buildings. We reiterated that we were able to locate records. We explained that the request for access to these records was being denied as blueprints for Federal Buildings are exempt from disclosure pursuant to 5 U.S.C. 552 (b)(2), which protects sensitive critical infrastructure information related to security and safety.

10. Damon Elliott also submitted additional FOIA requests specifically requesting the blueprints for Building 022, BARC, Beltsville, Maryland. On December 19, 2005, this office received a FOIA request dated December 12, 2005, addressed to the National Agricultural Library from Damon Elliott in which he requested a copy of the blueprints for Building 022, BARC. In addition, requests from Damon Elliott for the same information were forwarded to this office from Lisa Bynum, Real Property Section, ARS, and Andrea Fowler, Department FOIA Officer.

11. In response to these FOIA requests, on December 22, 2005, I sent an email to the Realty Specialist, Real Property Section, BARC, requesting whether BARC maintains copies of blueprints for Building 022, BARC.

12. By email dated December 28, 2005, the Realty Specialist stated that there were no drawings for Residence 022 (Building 022) available. This included blueprints. The files maintained by the Real Property Section and the Engineering and Construction Branch were searched.

13. On December 29, 2005, this office responded to Damon Elliott's FOIA requests. We informed Damon Elliott that our agency searched the files for the blueprints for Building 022, BARC; however, we were unable to locate any such records. Damon Elliott was provided with a no records response along with information to appeal the response.

14. On January 23, 2006, this office received a letter dated January 9, 2006, from Damon Elliott appealing the no records determination of information regarding blueprints for Building 022, BARC. In his letter, Damon Elliott contends that the search conducted was not adequate and the response was in error.

15. In response to the appeal, this office again contacted the Realty Specialist, Real Property Section. The files maintained by the Real Property Section and the Engineering and Construction Branch, BARC, were searched and no blueprints were located for Building 022, BARC.

16. Damon Elliott's judicial complaint is stamped "RECEIVED, Jan 23, 2006, Nancy Mayer Whittington, Clerk, U.S. District Court."

17. The judicial complaint also is stamped "FILED, Feb 10, 2006, Nancy Mayer Whittington, Clerk, U.S. District Court."

18. On March 1, 2006, Antoinette Betschart, Acting Administrator, ARS, upheld the no records determination. The letter stated that the Real Property Section and the Engineering and Construction Branch, BARC, conducted searched of their records and were unable to locate any blueprints for Building 022, BARC, Beltsville, Maryland. In early September, the files in the Real Property Section and the Engineering and Construction Branch, BARC, were searched again and no blueprints were located for Building 022.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on:  September 26, 2006

Stasia Hutchison
Freedom of Information Act Coordinator
Agricultural Research Service
United States Department of Agriculture
Beltsville, Maryland

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAMON ELLIOTT                                          )
                                                       )
                          Plaintiff,                   )
                                                       )
                                                       )   C.A. No. 06-0240 (JDB)
                                                       )
                                                       )
UNITED STATES DEPARTMENT OF                            )
AGRICULTURE,                                           )
                                                       )
                          Defendant.                   )
_____)

### Declaration of Daniel L. Thessen

1.      I, Daniel L. Thessen, am the Physical Security Officer, Beltsville Area
("Area"), Agricultural Research Service ("ARS"), United States Department of
Agriculture ("USDA"). My work address is 10300 Baltimore Avenue, Building
003, Room 325, Beltsville Agricultural Research Center ("BARC"), Beltsville,
Maryland 20708. I have been employed in this position since August 2002.

2.      The Agricultural Research Service ("ARS") is the United States
Department of Agriculture's chief scientific research agency. Its purpose is
finding solutions to agricultural problems that affect Americans everyday, from
field to table. ARS conducts research to develop and transfer solutions to
agricultural problems of high national priority and provide information access
and dissemination to ensure high-quality, safe food, and other agricultural
products; assess the nutritional needs of Americans; sustain a competitive
agricultural economy; enhance the natural resource base and the environment;
and provide economic opportunities for rural citizens, communities, and society

as a whole. The Beltsville Area consists of ARS programs at the Beltsville Agricultural Research Center in Beltsville, Maryland; the United States National Arboretum in Washington, D.C.; and worksites in Chatsworth, New Jersey, Presque Isle, Maine and McMinnville, Tennessee. BARC is the largest and most diversified agricultural research complex in the world. Additional information is available at www.ars.usda.gov. As the Physical Security Officer for the Beltsville Area, I am directly responsible for the physical protection and security of all government assets at BARC, as well as the National Arboretum. I provide direct security support and assistance to the myriad scientific research programs that are conducted at both locations. I am also the Beltsville Area's Contracting Officer's Representative for the contractor uniformed security force that provides all physical security for BARC.

3.      As a physical security expert, I have worked for 22 years in the security field as a regional manager, director and field operative in both the private and public sectors. I possess extensive experience in contract guard services, personal protection, and security risk and vulnerability assessments, along with operational security. In my professional judgment, I am convinced that releasing blueprints of all buildings at BARC would render BARC vulnerable to potential threats and unnecessary risk in maintaining physical security over the research programs and critical infrastructure assets at BARC. Some of those threats and risks are described below.

4.      Many of the assets of the Area mandate continuous security protection. These are wastewater treatment plants, power transfer stations, water distribution

stations, and registered Select Agents, which are designated for special protection under the "Public Health Security and Bioterrorism Preparedness and Response Act of 2002", (Pub. L., 107-188) which was signed into law on June 12, 2002. Title II of this law, "Enhancing Controls on Dangerous Biologicals and Toxins" provides for the regulation of certain biological agents and toxins designated "Select Agents" by HHS and USDA. The framework for the regulation of these agents is the Public Health Service regulation 42 CFR Part 72, which defines the original 36 Select Agents and promulgates requirements for their packaging and shipment. A final rule for USDA was published in the Federal Register, Volume 70, Number 52 on March 18, 2005 (7 CFR Part 331 and 9 CFR Part 121). Both of these documents set forth the requirements to ensure the safe handling of such agents or toxins, and to protect against the use of such agents or toxins in domestic or international terrorism or for any other criminal purpose.

The Select Agents stored in mission critical areas at BARC are Government regulated pathogens or toxins, that, in the wrong hands, particularly coupled with other sensitive information such as knowledge of a reasonably specific location of a Select Agent, could be destructive to the natural environment and to the public health, the local or national economy, and potentially could be used for biological terrorism. BARC is conducting extensive research on some of these Select Agents. Protection of these agents from release or theft by intruders is a very high national security priority. If such intruders possessed blueprints of the buildings at BARC, possibly coupled with other sensitive information such as knowledge of a reasonably specific location of a

Select Agent, they could plan attempts to steal or release these agents with

greater likelihood of success and protection of these agents would be much more

difficult.

The wastewater treatment plants, water distribution stations and power

transfer stations have been deemed by ARS as critical infrastructure that mandate

continuous physical security protection. All of these facilities are in BARC

buildings, and risk mitigation strategies of these facilities would be more difficult

if blueprints of these buildings were turned over to any outside party.

This critical infrastructure protection is directly pursuant to Homeland

Security Presidential Directive/HSPD-7, published by the White House on

December 17, 2003. This directive establishes a national policy for Federal

departments and agencies to identify and prioritize United States critical

infrastructure and key resources and to protect them from terrorist attacks.

Paragraph (8) of Homeland Security Presidential Directive/HSPD-7, "Critical

Infrastructure, Identification, Prioritization, and Protection", provides that:

> Federal departments and agencies will identify, prioritize, and coordinate
> the protection of critical infrastructure and key resources in order to prevent,
> deter, and mitigate the effects of deliberate efforts to destroy, incapacitate, or
> exploit them. Federal departments and agencies will work with State and local
> governments and the private sector to accomplish this objective.

Further, Paragraph (10) of Homeland Security Presidential

Directive/HSPD-7, provides that:

> Federal departments and agencies will appropriately protect information
> associated with carrying out this directive, including handling voluntarily
> provided information and information that would facilitate terrorist targeting of
> critical infrastructure and key resources consistent with Homeland Security Act of
> 2002 and other applicable legal authorities.

5.      Further, BARC has several buildings and structures that house chemicals licensed and registered under the Federal Insecticide, Fungicide, and Rodenticide Act; the Resource Conservation and Recovery Act; the Occupational Safety and Health Act; and 10 CFR 20.1801-1802 as dangerous radiological materials; pesticides; and insecticides that are used daily in the various research and farming projects. Many of these substances could be stolen or released into the environment by intruders that would have a much greater chance of success if they had access to building blueprints, or had access to building blueprints along with access to other sensitive facilities information.

6.      In addition to the Select Agents discussed above, there are also several research programs at BARC that conduct research on a variety of moderate risk pathogens that require Bio Safety Level 2 facilities, security and work practices. A Bio Safety Level 2, as defined by the Centers for Disease Control, is a facility that conducts work involving agents of moderate potential hazard to personnel and the environment. Detailed information can be found at www.cdc.gov under "Biosafety in Microbiological and Biomedical Laboratories", 4th edition. These Bio Safety Level 2 laboratories require extensive electronic and physical security systems to provide acceptable levels of protection against theft or other forms of infiltration. Those systems could be compromised more easily by intruders if those intruders possessed blueprints of the buildings, coupled with other sensitive information relative to buildings in which these pathogens are kept.

7.      Narcotics research is also prevalent on BARC, with specific research

programs on cannabis and the coca plant. These research programs are conducted under permit through the Drug Enforcement Administration ("DEA") and require additional means of physical protection for these substances specific to DEA controlled substance policies and guidelines. Those means could be compromised more easily by intruders if those intruders possessed blueprints of the buildings in which these substances are kept, or if possession of these blueprints were coupled with other sensitive information relative to where these substances are kept.

8.      Lastly, there are several computer network server and switch locations throughout BARC that also require a high level of physical security. This equipment could be compromised more easily by intruders if those intruders possessed blueprints of the buildings in which this equipment is kept. In some instances, the location of computer and telecommunication rooms do appear on the blueprints that Damon Elliott has asked for.

9.      In summary, general physical security and specific asset protection strategies prepared in accordance with the Department of Justice's report titled, "Vulnerability Assessment of Federal Facilities" of June 28, 1995, such as perimeter security; entry security for access of people, packages, and mail into a building; interior security for prevention of criminal or terrorist activities inside the facility; and security planning, would be compromised if building blueprints were turned over to any outside party, or if these blueprints were coupled with other sensitive information relative to the facility. All of the assets noted in this declaration are located throughout BARC

in several different locations, based on ongoing research needs and
requirements. The specific locations where these assets are
located are security sensitive to USDA and ARS and location
confidentiality must be maintained at all times. As set out above, that location
confidentiality would be compromised by release of BARC blueprints, either
explicitly by those blueprints that show asset locations, or implicitly by use of
the blueprints in combination with other information about the BARC facility.


I declare under penalty of perjury that the foregoing is true and correct.
Executed on _26 Sept 2006_. 28 U.S.C. 1746.


_Daniel L. Thessen_                    26 Sept 2006

Daniel L. Thessen
Physical Security Officer
Beltsville Area
Agricultural Research Service
United States Department of Agriculture
Beltsville, Maryland

**Supplemental Declaration**
**Of**
**Daniel L. Thessen**

1.     I, Daniel L. Thessen, am the Physical Security Officer, Beltsville Area ("Area"), Agricultural Research Service ("ARS"), United States Department of Agriculture ("USDA"). My work address is 10300 Baltimore Avenue, Building 003, Room 325, Beltsville Agricultural Research Center ("BARC"), Beltsville, Maryland 20708. I have been employed in this position since August 2002.

2.     On August 23, 2006, I forwarded a written request, via government e-mail, to the BARC Engineering and Construction Branch as well as BARC's Real Property Office, requesting a copy of any floor plans, blueprints, or any other building diagrams for Building 022, located on BARC property. On August 28, 2006, I received a written response back from the BARC Engineering and Construction Branch stating that no building drawings, blueprints or other type of floor plans could be located within their file system. On September 2, 2006, I received a written reply from BARC's Real Property Office stating that no blueprints, drawings, or other floor plans for Building 022 could be located within their file system.

3.     Even though some of the building blueprints requested by Damon Elliott may not be in themselves a direct security risk to BARC and ARS, the release of any portions of these blueprints, to any outside party ultimately will pose a security risk to BARC and ARS. Such a release would provide a hostile potential intruder with information that will make clear to this intruder that potential

targets, such as dangerous biological agents and critical infrastructure, are in

buildings whose blueprints were not released, and so will allow this intruder to

identify a more focused target for illicit activity. A release of part of the blueprint

of a BARC building or buildings would have the same effect.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on _27 Sept 2006_ . 28 U.S.C. 1746

_27 Sept 2006_

Daniel L. Thessen
Physical Security Officer
Beltsville Area
Agricultural Research Service
United States Department of Agriculture
Beltsville, Maryland