# EXHIBIT A

MAR 0 1 2006

Mr. Damon Elliott
31034-037
United States Penitentiary
P.O. Box 150160
Atlanta, Georgia 30315

Dear Mr. Elliott:

This is in response to your letter dated January 9, 2006, appealing the no records determination for information requested pursuant to the Freedom of Information Act, 5 U.S.C. 552, regarding blueprints for Building 022, Beltsville Agricultural Research Center (BARC), Beltsville, Maryland.

We have reviewed your appeal, and we are continuing to uphold our no records determination. The Real Property Section and the Engineering and Construction Branch, BARC, conducted searches of their records and were unable to locate any blueprints for Building 022, BARC, Beltsville, Maryland.

You have a right to seek judicial review of this denial in an appropriate United States District Court in accordance with 5 U.S.C. 552(a)(4)(B).

Sincerely,

*[signature]*

for EDWARD B. KNIPLING
Administrator

Rec'd 12/14/05

Mr. Elliott, Damon 31034-037
Box 150160
Atlanta, Ga. 30315

11-27-05
RE: F.O.I.A. for ARCHIVES

Dear Ms. Bynum:

   I have a request, and I chose to ask you for your assistance in resolving it, because I don't have the resources.

   I request a file, stamp, Xerox copy of the Architecture Blue-Print on (ALL) the Buildings that was constructed within/on the Beltsville Agriculture Research Center in Beltsville, Maryland.

Please, thank you

Sincerely,
Damon Elliott

Rec'd 12/08/05

Mr. Elliott, Damon 31034-037
Box 150160
Atlanta, Ga. 30315

11-28-05
RE: F.O.I.A. REQUEST for ARCHIVES

Dear Ms. Joyner:

How are you feeling today? I have a very serious issue and request, and I chose to ask you for your assistance in resolving it, because I don't have the resources.

It is a necessity that I receive a File, Stamp, Xerox Copy of the Architecture Blue-print on (ALL) the Buildings that was constructed within/on the Beltsville Agriculture Research Center in Beltsville, Maryland 20705.

Can you please mail me a area code and telephone number where I can contact you at your expense?

Please reply, thank you.

Sincerely,
Damon Elliott

Rec'd 12/16/05

Damon Elliott 31034-037
Box 150160
Atlanta, Ga. 30315

12-12-05
RE: F.O.I.A. Request for Archives

Dear Ms. Bynum:

I request a copy of the Architecture Blue print on Building 22 that was constructed within the Beltsville Agriculture Research Center in Beltsville, Maryland 20705.
Thank you please reply.

Sincerely,

Damon Elliott



United States Department of Agriculture

Research, Education and Economics
Agricultural Research Service

February 8, 2006

To: Ken Cohen
Research and Operations, OGC

From: Stasia Hutchison
FOIA Coordinator, REE

The following pertains to an FOIA appeal received from Damon Elliott. He requested the blueprints for Building 022, Beltsville Agricultural Research Service (BARC), Beltsville, Maryland. In response to both the original request and the appeal, two offices within ARS, the Real Property Section and the Engineering and Construction Branch, searched their records and did not locate any blueprints. We are upholding our no records determination.

Some background information, Mr. Elliott was convicted of a crime committed on federal property. He has been trying to establish that Building 022 is not on federal property and therefore his trial should not have been heard in a federal court. An ARS employee testified at his trial that Building 022 was on BARC, federal property. He has submitted numerous FOIA requests and letters to ARS and has received records relating to Building 022, including a boundary survey and an historical survey. However, we were not able to locate any blueprints for this building. Building 022 is a residential property.

I have enclosed the following information for your review and determination:

- ARS draft response to appeal
- FOIA appeal letter
- ARS response to the original FOIA request
- Original FOIA request.

If this office can be of further assistance, you can contact me Mondays and Thursdays at 301-504-1655.

Thank you for your assistance in this matter.

ars

Office of the Director, Information Staff
5601 Sunnyside Avenue, Mail Stop 5128, Beltsville, MD 20705-5128
Voice: 301-504-1655 ◊ FAX: 301-504-1648 ◊ E-mail: shutchison@ars.usda.gov

MAR 0 8 2006

Mr. Damon Elliott
31034-037
United States Penitentiary
P.O. Box 150160
Atlanta, Georgia 30315

Dear Mr. Elliott:

This is in response to your letter dated January 9, 2006, appealing the no records determination for information requested pursuant to the Freedom of Information Act, 5 U.S.C. 552, regarding blueprints for Building 022, Beltsville Agricultural Research Center (BARC), Beltsville, Maryland.

We have reviewed your appeal, and we are continuing to uphold our no records determination. The Real Property Section and the Engineering and Construction Branch, BARC, conducted searches of their records and were unable to locate any blueprints for Building 022, BARC, Beltsville, Maryland.

You have a right to seek judicial review of this denial in an appropriate United States District Court in accordance with 5 U.S.C. 552(a)(4)(B).

Sincerely,

*[signature]*

for EDWARD B. KNIPLING
Administrator

Damon Elliott 31034-037
Box 150160
Atlanta, Ga. 30315

1-9-06
RE: F.O.I.A. APPEAL

Dear Administrator:

I was accuse and convicted of the allegation of committing a crime in Building 22, B.A.R.C., Beltsville, Md. 20705.

Pamela Ann Cochran, an employee of the U.S. Dept. of Agriculture, testified in my criminal trial (P.J.M. 97-053) "saying Building 22 fall within the boundary of the B.A.R.C. and is the property of the U.S. Dept. of Agriculture."

On 12-29-05, the F.O.I.A. Coordinator said, "we were unable to locate any Blue-prints for Building 22." see attach.

I believe the search conducted was not adequate and the response was in error.

Remedy: Please be honest and disclose the Agriculture Blue-prints if Building 22 exist?

Sincerely,
Damon Elliott

1/17/06-005

06-48
1-23-06
1-31-06

Damon Elliott 31034-037
Box 150160
Atlanta, Ga. 30315

12-7-05
RE: F.O.I.A. Request for ARCHIVES

Dear Ms. Fowler:

    I have a very important issue and I chose to ask you for your assistance in resolving it, because I don't have the resource's.
    I request a File Stamp, xerox copy of the Architecture Blue-prints[s] on Building 22 that was constructed within/on the Beltsville Agriculture Research Center in Beltsville MD. 20705 Thank you, please reply.

        Sincerely,
        Damon Elliott

06-48
USDA

United States Department of Agriculture

Research, Education and Economics
Agricultural Research Service

February 8, 2006

Mr. Damon Elliott
31034-037
United States Penitentiary
P.O. Box 150160
Atlanta, Georgia 30315

Dear Mr. Elliott:

This is in response to your letter dated January 4, 2006, appealing the denial of information requested pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. 552, regarding the blueprints for all buildings constructed within the Beltsville Agricultural Research Center (BARC) Beltsville, Maryland.

In your appeal letter, you contend that the search conducted for the blueprints of all buildings within BARC was not adequate and our response was in error. As stated in our letter dated December 29, 2005, we searched our files for the blueprints for buildings constructed within BARC, Beltsville, Maryland, and located blueprints for 375 buildings. As established in our letter, we were able to locate records. However, we go on to explain that your request for access to these records is being denied as blueprints for Federal Buildings are exempt from disclosure pursuant to 5 U.S.C. 552 (b)(2). Exemption 2 protects sensitive critical infrastructure information related to security and safety. You have the right to appeal our denial of access to the records based on reasons given under Exemption 2.

We are currently processing your appeal letter dated January 9, 2006, appealing our no records determination for the blueprints for Building 022, BARC.

Sincerely,

Stasia Hutchison
Freedom of Information Act
   Coordinator

USDA:ARS:FOIA Appeal:SAMHutchison:2-6-05    FOIA 06-43
Source: L.Bynum, RPS



Office of the Director, Information Staff
5601 Sunnyside Avenue, Mail Stop 5128, Beltsville, MD 20705-5128

Damon Elliott 31034-037
Box 150160
Atlanta, Ga. 30315

1-4-06
RE: F.O.I.A. APPEAL

Dear Administrator:

Mr. Elliott is appealing the 12-29-05 decision from the Beltsville Agriculture Research Center in Beltsville Md. 20705 (B.A.R.C.)
The U.S. Department of Agriculture (B.A.R.C.) denied Elliott's F.O.I.A. Request for copies of the Architecture Blue-prints for (ALL) Buildings (including Bldg. 22) that was constructed within the B.A.R.C. in Beltsville, Md. 20705.

Elliott believe the search conducted was not adequate and the response was in error because *he was accuse and convicted of the allegation of committing a crime in Building 22. Therefor,

Remedy: Elliott request to review and examine the Architecture Blue-prints.

Sincerely,
Elliott Damon

*Elliott

06-43
1-23-06

Elliott Damon 31934-037
Box 150160
Atlanta, Ga. 30315

12-20-05
RE: Architecture Blue-prints

Dear Director:

    I'm writing because I was inform that your Office may produse the records that I'm seeking.
    This is a Freedom Of Information Act Request for a file, Stamp, Xerox Copy of the Architecture Blue-prints on (ALL) the Buildings that was constructed within the Beltsville Agriculture Research Center in Beltsville MD. 20705. Thank you, please reply.

Sincerely

Elliott Damon

Damon Elliott 31034-037
Box 150160
Atlanta, Ga. 30315

12-19-05
RE: F.O.I.A. REQUEST

Dear Freedom of Information Act Officer:

    I request a File Stamp, Xerox Copy of the Architecture Blue-prints on ALL the Buildings that was constructed within the Beltsville Agriculture Research Center in Beltsville, Maryland 20705.

Sincerely,

Damon Elliott

by Certified Mail  7003 1680 0005 1200 3028

06-54
12-29-05
3-0-06

Mr. Elliott, Damon 31034-037
Box 150160
Atlanta, Ga. 30315

11-27-05
RE: F.O.I.A. for ARCHIVES

Dear Ms. Hutchison:

    I have a request, and I chose to ask you for your assistance in resolving it, because I don't have the resources.

    I request a File Stamp Xerox Copy of the Architecture Blue-print on (ALL) the Buildings that was constructed within/on the Beltsville Agriculture Research Center in Beltsville, Maryland.

    Please, thank you

Sincerely,
Damon Elliott

Damon Elliott 31034-037
Box 150160
Atlanta, Ga. 30315

11-24-05
RE: F.O.I.A. for ARCHIVE

Dear Attorney General;

    I have a very important issue and I chose to ask you for your assistance in resolving it, because I don't have the resources.
    It is a necessity that I receive a file, stamp, xerox copy of the Architecture Blue-print on (ALL) the Building that was constructed within/ on the Beltsville Agriculture Research Center in Beltsville, Maryland.
Thank you,

Sincerely,
Damon Elliott

06-43