RECEIVED
OCT 10 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAMON ELLIOTT,
       Plaintiff,

              v.                  Civil Action No. 06-0240 (JDB)

UNITED STATES
DEPARTMENT OF AGRICULTURE,
       Defendant.

## MOTION FOR APPOINTMENT OF COUNSEL

Plaintiff have until October 30, 2006 to file his Opposition Motion. Plaintiff is praying that this Court make preparation in appointing plaintiff counsel.

Plaintiff do not have excess to Local Rule 7(h), 7.1, F.O.I.A. Post, "Executive Order on National Security Classification Amended" 3.3.(b)(8) of Executive Order 12,958, as amended, as well as other

law's and statute that Defendant stated in its Motion. Plaintiff believe he can't meet the necessary requirements of his Motion being granted without having excess to the appointment of counsel.

Sincerely,

Elliott, Damon