UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMON ELLIOTT,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>　　　Defendant. | Civil Action No. 06-240 (JDB) |

## ORDER

This matter is before the Court on plaintiff's motion for appointment of counsel. The motion will be denied without prejudice.

A plaintiff in a civil case generally does not have a constitutional or statutory right to counsel. *See Ray v. Robinson*, 640 F.2d 474, 477 (3d Cir. 1981). When leave has been granted pursuant to 28 U.S.C. § 1915 for a *pro se* plaintiff to proceed *in forma pauperis*, the judge presiding over the case may appoint an attorney from the Civil Pro Bono Panel to represent him. LCvR 83.11(b)(3). The appointment should be made taking into account the nature and complexity of the action, the potential merit of the *pro se* party's claims, the demonstrated inability of the *pro se* party to retain counsel by other means, and the degree to which the interests of justice will be served by appointment of counsel. *Id*. Upon consideration of plaintiff's motion to appoint counsel, and in light of the considerations prescribed by the Local Civil Rules, the Court will deny plaintiff's motion for appointment of counsel.

Plaintiff represents that he does not have access to certain documents cited in defendant's

summary judgment motion. Recognizing plaintiff's limited access to legal research materials, the Court will direct defendant to supplement its motion by filing copies of the documents specified below.

Accordingly, it is hereby

ORDERED that plaintiff's Motion for Appointment of Counsel [Dkt. #17] is DENIED WITHOUT PREJUDICE. It is further

ORDERED that, within 5 days of entry of this Order, defendant shall supplement its motion by filing with the Court and serving on plaintiff copies of the following:

1. FOIA Post, "Executive Order on National Security Classification Amended" (posted 4/11/06) (noting coverage of "information that reveals current vulnerabilities of systems, installations, infrastructures or projects relating to national security," in new section 3.3(b)(8) of Executive Order 12,958, as amended;

2. Title II of the Public Health Security and Bioterrorism Preparedness and Response Act of 2002 and relevant implementing regulations;

3. Homeland Security Presidential Directive/ HSPD-7, published by the White House on December 17, 2003; and

4. The Department of Justice's June 28, 1995 report titled, "Vulnerability Assessment of Federal Facilities."

SO ORDERED.

/s/
JOHN D. BATES
United States District Judge

Date: October 13, 2006