UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMON ELLIOTT, </br></br> Plaintiff, </br></br> -v- </br></br> UNITED STATES DEPARTMENT OF AGRICULTURE, </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 06-0240 (JDB) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

### DEFENDANT'S NOTICE OF FILING SUPPLEMENT
### TO MOTION FOR SUMMARY JUDGMENT

Defendant submits the following documents as a supplement to its motion for summary judgment as required by court order of October 13, 2006. The documents are being filed in paper copy. This notice is being filed both electronically and in paper copy. The documents are the following:

1. FOIA Post, "Executive Order on National Security Classification Amended" (posted 4/1103)(noting coverage of "information that reveals current vulnerabilities of systems, installations, infrastructures or projects relating to national security," in new section 3.3(b)(8) of Executive Order 12,958 as amended;

2. Title II of the Pubic Health Security and Bioterrorism Preparedness and Response Act of 2002 and relevant implementing regulations. (Defendant has included the United States Department of Agriculture ("USDA") Security Policies and Procedures For Laboratories and Technical Facilities (Excluding Biosafety Level (BSL)-3 Facilities) and USDA Security Policies and Procedures for Biosafety Level-3 Facilities, as relevant implementing regulations.)

3. Homeland Security Presidential Directive/HSPD-7, published by the White House on

December 17, 2003; and

4. The Department of Justice's June 28, 1995 report titled, "Vulnerability Assessment of Federal Facilities."

Respectfully submitted,

*Jeffery A. Taylor (CAA)*
JEFFERY A. TAYLOR
D.C. Bar 498610
United States Attorney

CHARLOTTE A. ABEL, D.C. Bar #388582
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-2332

JAMES PAXTON
Paralegal Specialist

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of October, 2006, a copy of the foregoing notice of filing of Defendant's Supplement Motion, together with a copy of the requested Court Ordered documents, was served by first class mail, postage prepaid, on:

>DAMON ELLIOTT
>R31034-037
>Coleman United States Penitentiary
>Federal Correctional Complex
>P.O. Box 1034
>Coleman, FL 33521-0879

*[signature]*

CHARLOTTE A. ABEL, D.C. Bar # 388582
Assistant United States Attorney