CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing reply was mailed, postage prepaid, on this 16th day of November, 2006, to:

Damon Elliott 31034-037  
Federal Correctional Complex  
United States Penitentiary 2  
P.O. Box 1034  
Coleman, FL 33521-0879

                                                                          _/s/_____  
                                                                          Charlotte A. Abel