UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAMON ELLIOTT,
   Plaintiff,

v.                Civil Action No. 06-0240 (JDB)

UNITED STATES
DEPARTMENT OF AGRICULTURE,
   Defendant.

## SUPPLEMENT MOTION

The Defendant have establish jurisdiction illegally in Plaintiff criminal trial (97-053 PJM) by testifying that "Residence 22 is one of our properties."

Plaintiff want the court to focus on the requested blueprints to this place because he was wrongly convicted of violating 18 U.S.C. § 2241 and the resident do not exist. That's why Defendant is withholding the Documents and this is the purpose of this law suit.

RECEIVED
NOV 27 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED
NOV 27 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Pursuant to the Court Order dated 10-13-06, Plaintiff is arguing that Defendant's Supplement Motion don't apply to Residence 22 that was testified to be located on the gounds of the Beltsville Agriculture Research Center.

In any event, Plaintiff still don't have any legal access to rebut Defendant's Supplement Motion other then the facts of his conviction.

# CERTIFICATE OF SERVICE

I hereby certify that on this day of November, 2006, a copy of the foregoing was served by first class mail, postage prepaid to:

Charlotte A. Abel
A.U.S.A.
555 Fourth St., N.W.
Washington, D.C. 20530

*Damon Elliott*