UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAMON ELLIOTT,

    Plaintiff,

    v.                                        Civil Action No. 06-240 (JDB)

UNITED STATES DEPARTMENT OF
AGRICULTURE,

    Defendant.

## ORDER

Plaintiff brings this action against the United States Department of Agriculture under the Freedom of Information Act ("FOIA"), *see* 5 U.S.C. § 552. This matter is before the Court on defendant's motion for summary judgment. To obtain summary judgment in this action, defendant must show, viewing the facts in the light most favorable to the requester, that there is no genuine issue of material fact with regard to its compliance with FOIA. *See Steinberg v. United States Dep't of Justice*, 23 F.3d 548, 551 (D.C. Cir. 1994) (citing *Weisberg v. United States Dep't of Justice*, 745 F.2d 1476, 1485 (D.C. Cir. 1984), *reh'g denied*, 763 F.2d 1436 (D.C. Cir. 1985)).

Plaintiff challenges the adequacy of defendant's searches for records responsive to his FOIA requests. On a preliminary review of the record, it appears that defendant has searched for responsive records in places where such records likely would be found. The supporting declarations, however, provide little or no explanation of what records defendant maintains, how these records are organized and retrieved, or how its staff conducted the searches for records

responsive to plaintiff's FOIA requests.  Based on the current record, the Court cannot conclude that defendant's searches were reasonable and adequate under the circumstances, because it cannot ascertain whether the searches were "reasonably calculated to uncover all relevant documents."  *See Valencia-Lucena v. United States Coast Guard*, 180 F.3d 321, 325 (D.C. Cir. 1999) (quoting *Truitt v. Dep't of State*, 897 F.2d 540, 542 (D.C. Cir. 1990)); *Steinberg*, 23 F.3d at 551.  The Court will defer its ruling on defendant's summary judgment motion, and will direct defendant to supplement its submission.

      Accordingly, it is hereby

      ORDERED that, on or before **January 5, 2007**, defendant shall supplement its submission to address the means by which agency staff conducted the searches for records responsive to plaintiff's FOIA requests.

      SO ORDERED.

                                                  /s/
                                   JOHN D. BATES
                                   United States District Judge

Date:  November 30, 2006