UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAMON ELLIOTT 31034-037**         ) | |
| )  | |
| **Plaintiff,**         ) | |
| )  | **Electronic Filing** |
| v.         ) | **Civil Action No. 06-0240 (JDB)** |
| )  | |
| )  | |
| **UNITED STATES DEPARTMENT OF**         ) | |
| **AGRICULTURE**         ) | |
| )  | |
| **Defendant.**         ) | |
| )  | |

**MOTION TO EXTEND TIME
TO FILE SUPPLEMENT**

This case arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and the Privacy Act ("PA"), 5 U.S.C. § 552a, and pertains to the processing of Plaintiff's FOIA request by the United States Department of Agriculture ("USDA"). Defendant has filed a motion for summary judgment and the plaintiff has responded challenging the adequacy of defendant's searches for records responsive to his FOIA requests.

The Defendant moved for summary judgment and the plaintiff responded. The Court deferred ruling on the motion because it was unable to ascertain the reasonableness of the searched based upon the existing record. Accordingly, the Court directed the defendant to supplement its motion by January 5, 2007.

Prior to the recent holidays, defendant began preparing to supplement its motions with an additional affidavit to describe in detail its record-keeping methods and its search for records in respond to plaintiff's FOIA request. However, defendant has now determined that it is unlikely that the affidavit will be completed in time for adequate review by January 5, 2007, due to the

shortened work week created by the federal holiday on Monday and the day of mourning for former President Ford on Tuesday.  For this reason, and in an abundance of caution, defendant moves for an extension of time up to and including January 12, 2007, to file a supplement to its motion for summary judgment.  Local Civil Rule 7(m) is not applicable to this matter because plaintiff is a prisoner who is proceeding pro se.

                              Respectfully submitted,

___/s/_____
JEFFREY A. TAYLOR
D.C. Bar No. 498610
United States Attorney


__/s/_____
RUDOLPH CONTRERAS
D.C. Bar No. 434122
Assistant United States Attorney


__/s/_____
CHARLOTTE A. ABEL
D.C. Bar No. 388582
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 307-2332

CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing motion to extend time and attached proposed order was mailed, postage prepaid, on the 4th day of January, 2007, to:

Damon Elliott 31034-037
Federal Correctional Complex
United States Penitentiary 2
P.O. Box 1034
Coleman, FL 33521-0879

                                                _____
                                                Charlotte A. Abel