UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAMON ELLIOTT 31034-037**         ) | |
| )| |
| **Plaintiff,**         ) | |
| ) | **Electronic Filing** |
| v.         ) | **Civil Action No. 06-0240** |
| ) | |
| ) | |
| **UNITED STATES DEPARTMENT OF**         ) | |
| **AGRICULTURE**         ) | |
| ) | |
| **Defendant.**         ) | |

ORDER

UPON CONSIDERATION of federal defendant's Motion to Extend Time to File Supplement, and for good cause shown, it is this _____ day of _____, 2007,

ORDERED, that federal defendant's motion should be, and it hereby is, granted, and that defendant shall have up to and including January 12, 2007, to file a supplement as directed by the Court on November 30, 2006.

_____
UNITED STATES DISTRICT JUDGE