UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**
JAN 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DAMON ELLIOTT,
Plaintiff,

v.                    Civil Action No. 06-0240 (J.D.B.)

UNITED STATES
DEPARTMENT OF AGRICULTURE,
Defendant.

PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
AMENDMENT AND REMEDY

Plaintiff request the Court to grant Summary Judgment in his behalf, and if he prevail in his action, he is thus entitle to fees that are provided for in 41 C.F.R. § 105-60.303(e), and F.O.I.A. 5 U.S.C. § 552(a)(4)(E).

CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of December, 2006, a copy of plaintiff's Motion for Summary Judgment Amendment and Remedy have been served by first class mail, postage prepaid to:

Charlotte A. Abel
Assistant U.S. Attorney
555 4th St., N.W.
Washington, D.C. 20530


Damon Elliott 31034-037
F.C.C. U.S.P
P.O. Box 1034
Coleman, FL. 33521