UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMON ELLIOTT 31034-037 ) | |
| ) | |
| Plaintiff, ) | |
| ) | **Electronic Filing** |
| v. ) | **Civil Action No. 06-0240 (JDB)** |
| ) | |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| AGRICULTURE ) | |
| ) | |
| Defendant. ) | |
| ) | |

**MOTION TO EXTEND TIME
TO FILE SUPPLEMENT**

This case arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and the Privacy Act ("PA"), 5 U.S.C. § 552a, and pertains to the processing of Plaintiff's FOIA request by the United States Department of Agriculture ("USDA"). Defendant files this motion for an extension of time pursuant to Fed. R. Civ. P. 6(b)(1). Local Civil Rule 7(m) imposing a duty to confer with the opposing party on all non-dispositive motions is not applicable because plaintiff is a prisoner who is proceeding pro se.

The Defendant moved for summary judgment and the plaintiff responded. The Court deferred ruling on the motion because it was unable to ascertain the reasonableness of the search based upon the existing record. Accordingly, the Court directed the defendant to supplement its motion by January 5, 2007. Defendant sought and received an extension until January 12, 2007.

Defendant has been diligently working to supplement the record with regard to the adequacy of the search for records responsive to plaintiff's FOIA requests and, in fact, completed the bulk of the work on three affidavits on January 11, 2007. Undersigned counsel determined at

midday on January 12, 2007, that she needed two additional business days to complete the work. Undersigned counsel was unavailable to finish the affidavits on the afternoon of January 12 because of a reply brief due in *Bryant v. Leavitt*, CA 5-250 and because of a court appearance in *Davy v. CIA*, 00-2134. Defendant has every expectation that it will be able to complete the work no later than January 17, 2007.

                                                Respectfully submitted,

                                                __/s/_____
                                                JEFFREY A. TAYLOR
                                                D.C. Bar No. 498610
                                                United States Attorney


                                                __/s/_____
                                                RUDOLPH CONTRERAS
                                                D.C. Bar No. 434122
                                                Assistant United States Attorney


                                                __/s/_____
                                                CHARLOTTE A. ABEL
                                                D.C. Bar No. 388582
                                                Assistant United States Attorney
                                                555 Fourth St., N.W.
                                                Washington, D.C. 20530
                                                (202) 307-2332

CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing motion to extend time and attached proposed order was mailed, postage prepaid, on the 12th day of January, 2007, to:

Damon Elliott 31034-037
Federal Correctional Complex
United States Penitentiary 2
P.O. Box 1034
Coleman, FL 33521-0879

                                                                /s/
                                               Charlotte A. Abel