UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAMON ELLIOTT 31034-037** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>)<br>**UNITED STATES DEPARTMENT OF** )<br>**AGRICULTURE** )<br>)<br>**Defendant.** )<br>_____) | **Electronic Filing**<br>**Civil Action No. 06-0240** |

ORDER

UPON CONSIDERATION of federal defendant's Second Motion to Extend Time to File Supplement, and for good cause shown, it is this _____ day of _____, 2007,

ORDERED, that federal defendant's motion should be, and it hereby is, granted, and that defendant shall have up to and including January 17, 2007, to file a supplement as directed by the Court on November 30, 2006.

_____
UNITED STATES DISTRICT JUDGE