UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMON ELLIOTT 31034-037<br>P.O. Box 150160<br>Atlanta, GA 30315-0160<br><br>        **Plaintiff,**<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>AGRICULTURE<br>REE- ARS Mailstop 5128<br>5601 Sunny Side Ave.<br>Beltsville, MD 20705-5128<br><br>        **Defendant.** | )<br>)<br>)<br>)<br>)<br>)  **Electronic Filing**<br>)  **Civil Action No. 06-0240**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

In accordance with the Court's order of November 30, 2006, to supplement the record with regard to the adequacy of the search for records responsive to plaintiff's FOIA request, defendant files the attached five affidavits. These include the declarations of Lisa Bynum, Daniel L. Thessen, and Claudette Joyner, in addition to two declarations of Arlin Taylor. These five affidavits together describe four searches for records. Two searches were conducted in December 2005 in response to plaintiff's FOIA request (Declaration of Lisa Bynum & 1st Declaration of Arlin Taylor). After the complaint was filed, defendant voluntarily conducted two new searches in August 2006 to verify the accuracy of the original searches. (Declaration of Daniel Thessen, 2nd Declaration of Arlin Taylor, and Declaration of Claudette Joyner.) Each time the searches revealed records responsive to plaintiff's FOIA request, *i.e.*, blueprints for buildings at the Beltsville Agricultural Research Service but no blueprints were located for Building 22.

Respectfully submitted,

/s/
CHARLOTTE A. ABEL, DC Bar #388582
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth St., N.W.
Washington, D.C.  20530
(202) 307-2332

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of January 2007, I caused the foregoing Notice of Filing, with attachments, to be served on plaintiff, postage prepaid, addressed as follows:

DAMON ELLIOTT 31034-037
Federal Correctional Complex
United States Penitentiary 2
P.O. Box 1034
Coleman, FL 33521-0879

/s/
CHARLOTTE A. ABEL
Assistant United States Attorney
Judiciary Center Building
555 Fourth St., N.W.
Washington, D.C.  20001
(202) 307-2332