UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAMON ELLIOTT )
)
Plaintiff, )
) C.A. No. 06-0240 (JDB)
)
UNITED STATES DEPARTMENT OF )
AGRICULTURE, )
)
Defendant. )
)

### Declaration of Lisa Bynum

1. I, Lisa M. Bynum, am a Realty Specialist, Beltsville Area ("Area"), Agricultural Research Service ("ARS"), United States Department of Agriculture ("USDA"). My work address is 10300 Baltimore Avenue, Building 003, Room 308A, Beltsville Agricultural Research Center ("BARC"), Beltsville, Maryland 20705. I have been employed in this position since April 2001.

2. ARS is the United States Department of Agriculture's chief scientific research agency. Its purpose is finding solutions to agricultural problems that affect Americans everyday, from field to table. ARS conducts research to develop and transfer solutions to agricultural problems of high national priority and provide information access and dissemination to ensure high-quality, safe food, and other agricultural products; assess the nutritional needs of Americans; sustain a competitive agricultural economy; enhance the natural resource base and the environment; and provide economic opportunities for rural citizens, communities, and society as a whole. As the Realty Specialist in the Real Property Section for the Area, I am directly responsible for coordinating land (right-of-

way and easements) and space usage for buildings and structures involving all government-owned property at BARC.

3. The records that are maintained in BARC's Real Property Section consist of records of acquisitions and dispositions; land deeds; a master plan containing information on buildings, structures and land; historic site surveys; building blueprints; building as-built drawings; records of maintenance/improvements related to buildings, structures, and land on BARC; and a boundary survey. Blueprints are drawings that reflect how a building or structure is to be constructed and as-built drawings reflect exactly how a building or structure was actually constructed. These records referenced above are in hardcopy form and not in an electronic format within the Real Property Office. Additionally, other basic Real Property information is stored in an electronic database called the Corporate Property Automated Information System ("CPAIS"). This electronic database provides management accountability and control of Real Property assets, such as space location, space type, ownership, specific land use, and acquisition date and cost.

4. The above referenced BARC Real Property Section records are maintained and organized in an existing manual filing system kept in the primary Real Property Office. Building, structure, and land searches can be performed in CPAIS electronically, but all existing blueprints are kept only in hard copy and are searched for manually. The manual filing system consists of lockable filing cabinets with drawers containing tabbed and indexed records for some of the buildings and structures located on BARC property.

5. In conducting a record search pursuant to this FOIA request, on or about December 23, 2005, I personally accessed and searched the above referenced existing

records maintained in the BARC Real Property Section. My search was conducted in a ten-drawer cabinet that houses blueprints, as-built drawings and other land records pertaining to BARC, the United States National Arboretum and the Glenn Dale Research Station. Additional records are kept in two Times2 (12 drawers each) filing cabinets and a five-drawer filing cabinet. A search of these filing cabinets met with negative results in locating blueprints for Building 022. I also searched records of a Residence Historical Eligibility Survey for Building 022 and no blueprints were included. In addition, I searched records for the BARC Historical Site Survey, which consist of several bound books, to determine if any information was included regarding Building 022 on BARC. Although I found references to Building 022, no blueprints were found. I also verified with Mr. Arlin Taylor, Senior Engineering Draftsman, Engineering and Construction Branch that no blueprints for Building 022 were housed within the archives at Building 426A.

6. These searches, conducted by myself, took approximately two hours to complete. My records search included the above-referenced manual filing system and CPAIS. For these searches, CPAIS was used only to confirm the existence of Building 022. For that reason, my records search included all records within the Beltsville Area Real Property

3

Section where building blueprints would have been maintained. I found several blueprints for buildings at BARC. I found no blueprints for Building 022 at BARC.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 17, 2007. 28 U.S.C. 1746

_____
Lisa M. Bynum
Realty Specialist
Beltsville Area
Agricultural Research Service
United States Department of Agriculture
Beltsville, Maryland 20705

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAMON ELLIOTT )
 )
       Plaintiff, )
 ) C.A. No. 06-0240 (JDB)
 )
 )
UNITED STATES DEPARTMENT OF )
AGRICULTURE, )
 )
       Defendant. )
 )

### Declaration of Arlin Taylor

1.    I, Arlin Taylor, am an Engineering Draftsman, Beltsville Area ("Area"), Agricultural Research Service ("ARS"), United States Department of Agriculture ("USDA"). This position is located in Research Facilities Solutions, ("RFS"), Engineering and Construction Branch ("ECB"). My work address is 10300 Baltimore Avenue, Building 426, Room 202B, Beltsville, Maryland 20705. I have been employed in this position since October 4, 2004.

2.    RFS, ECB provides for the planning, direction, and administration of programs designed for the overall operation, maintenance, and development of the Area and responsible for providing engineering and technical services required for the construction of laboratories and/or minor buildings or structures, alterations, and the operation and maintenance of the physical plant for the Area. The ECB is responsible for: preparing plans and specifications for the construction of laboratories and/or minor buildings or structures; renovations; and maintenance and repair contracts for Area installations and operating facilities; preparing design criteria and reviewing and approving plans and specifications prepared by outside architectural/engineering firms; inspecting and

5

monitoring contracts by contract personnel; and environmental issues involving asbestos and lead abatement, environmental assessments, and erosion and sediment control. As the Engineering Draftsman for the ECB, I am responsible for assisting engineers and engineering technicians with design work and performing drafting assignments, primarily with Computer Aided Design/Drafting (CADD) and Autodesk Raster software, Geographic Information System (GIS) software, various graphics software programs such as Adobe Photoshop and Microsoft PowerPoint. I prepare concept, preliminary and final design drawings for engineering or architectural disciplines to include the civil, structural, mechanical, electrical, and/or architectural features.

3. The records that are maintained in RFS, ECB, are by building location and building number, in both hard copy drawings and electronic drawings. The hard copy records consist of building floor plans, utility plans, preliminary construction plans, as-built drawings, and blueprints. Electronic records maintained in the ECB contain computer-aided design (AutoCAD) drawings, consisting of building renovation plans, generated since the year 2000, along with archived scanned copies of most of the hard copy records described above. The process of scanning and archiving hard copy records is ongoing.

4. The hard copy records are organized in a manual filing system, located in Building 426, utilizing both lockable filing cabinets and bigger document containers sized to hold these larger records. The hard copy records are set up as follows: Buildings 001-099 are filed under "Area 0"; Buildings 100-199 are filed under "Area 1"; Buildings 200-299 are filed under "Area 2"; Buildings 300-399 are filed under "Area 3"; Buildings 400-499 are filed under "Area 4"; and Buildings 500-599 are filed under "Area 5". The

records are kept locked in their containers in a security-controlled area. The electronic records are kept in a secure, password-protected computer server utilized for the archiving of scanned records referenced in paragraph number 3 above. The scanned records are generated by scanning the hard copy records to an archive server and placed into respective area and building folders on the archive server's hard drive.

5. I conducted a record search for Building 022 as requested by Lisa Bynum (Real Property Specialist) on December 28, 2005. I conducted the record search by myself and the search lasted approximately one and one half hours. In conducting this record search pursuant to this FOIA request, I accessed and searched the above referenced existing records maintained in the ECB office. My records search included the Drafting Room File Manual, the above-referenced hard copy manual filing system and the electronic archives. I searched through six hard copy file containers and scanned the entire electronic archives. I conducted two separate physical searches to ensure that I did not overlook any relevant records. For these reasons, my records search included all records within the Area ECB where building blueprints would have been maintained. I found numerous blueprints for buildings at BARC. I found no blueprints for the Residential Building 022 at BARC.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 17, 2007. 28 U.S.C. 1746

Arlin Taylor
Engineering Draftsman
Engineering and Construction Branch


Research Facilities Solution
United States Department of Agriculture
Beltsville, Maryland 20705



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAMON ELLIOTT            )
                         )
        Plaintiff,       )
                         ) C.A. No. 06-0240 (JDB)
                         )
                         )
UNITED STATES DEPARTMENT OF )
AGRICULTURE,             )
                         )
        Defendant.       )
_____)

**Declaration of Daniel L. Thessen**

1.  I, Daniel L. Thessen, am the Beltsville Area Physical Security Officer, Agricultural Research Service, United States Department of Agriculture. My work address is 10300 Baltimore Avenue, Building 003, Room 325, Beltsville Agricultural Research Center, Beltsville, Maryland 20750. I have been employed in this position since August 2002.

2.  As part of my official duties in that position, I initiated the search for the records responsive to the Freedom of Information Act (FOIA) request that underlies the above captioned civil action. I am familiar with the Beltsville Agricultural Research Center ("BARC") organizational structure on station and possess the knowledge and experience to determine that the Real Property Section, located at BARC in Building 003, and the Engineering and Construction Branch, located in Building 426, are the only two locations where records responsive to this FOIA request would be kept. Earlier searches for these records had been made in December 2005 in response to the administrative FOIA request that underlies the above captioned civil action.

3. Pursuant to this FOIA request, I personally directed both the Real Property Section and the Engineering and Construction Branch to conduct the record searches. Searches conducted by members of these units revealed numerous responsive records. These responsive records were blueprints of buildings at BARC. These searches found no blueprints for Building 022. Further information as to these records and searches is provided in the declarations of Arlin Taylor, Lisa Bynum and Claudette Joyner, which were written at my request.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 17, 2007. 28 U.S.C. sec. 1746

*Daniel Thessen*
Daniel L. Thessen
Physical Security Officer
Beltsville Agricultural Research Center
Agricultural Research Service
United States Department of Agriculture
Beltsville, Maryland

10

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMON ELLIOTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0240 (JDB) |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| AGRICULTURE, ) | |
| ) | |
| Defendant. ) | |

**Declaration of Arlin Taylor**

1.   I, Arlin Taylor, am an Engineering Draftsman, Beltsville Area ("Area"), Agricultural Research Service ("ARS"), United States Department of Agriculture ("USDA"). This position is located in the Research Facilities Solutions, ("RFS"), Engineering and Construction Branch ("ECB"). My work address is 10300 Baltimore Avenue, Building 426, Room 202B, Beltsville, Maryland 20750. I have been employed in this position since October 2004.

2.   The Engineering and Construction Branch ("Branch") provides for the planning, direction, and administration of programs designed for the overall operation, maintenance, and development of the Area. It is responsible for the provision of engineering and technical services required for the construction of laboratories and/or minor buildings or structures; alterations; and the operation and maintenance of the physical plant for the Area. The Branch is also responsible for: 1) preparation of plans and specifications for the construction of laboratories and/or minor buildings or structures; 2) renovations; 3) maintenance and repair contracts for Area installations; 4) operation of facilities; 5) preparation of design criteria and review and approval of plans and

11

specifications prepared by outside architectural/engineering firms; 6) inspection and monitoring of contracts by contract personnel; and 7) resolution of environmental issues involving asbestos and lead abatement, environmental assessments, and erosion and sediment control. As the Engineering Draftsman for the Branch, I am responsible for assisting engineers and engineering technicians with design work and performing drafting assignments, primarily with Computer Aided Design/Drafting and Autodesk Raster software, Geographic Information System software, and various graphics software programs such as Adobe Photoshop and Microsoft PowerPoint. I prepare concept, preliminary and final design drawings for engineering or architectural disciplines to include the structural, civil, mechanical, electrical, and/or architectural features.

3. The records that are maintained in the Branch, are referenced by building location and building number, in both hard copy drawings and electronic drawings. The hard copy records consist of building floor plans, utility plans, preliminary construction plans, as-built drawings, and blueprints. Electronic records maintained contain computer-aided design drawings, consisting of building renovation plans, generated since the year 2000, along with archived scanned copies of most of the hard copy records described above. The process of scanning and archiving hard copy records is ongoing.

4. The hard copy records are organized in a manual filing system, located in Building 426, utilizing both lockable filing cabinets and bigger document containers sized to hold these larger records. The hard copy records are set up as follows: Buildings 001-099 are filed under "Area 0"; Buildings 100-199 are filed under "Area 1"; Buildings 200-299 are filed under "Area 2"; Buildings 300-399 are filed under "Area 3"; Buildings 400-499 are filed under "Area 4"; and Buildings 500-599 are filed under "Area 5". The records are kept locked in their containers in a

security-controlled area. The electronic records are kept in a secure, password-protected computer server utilized for the archiving of scanned records referenced in paragraph number 3 above. The scanned records are generated by scanning the hard copy records to an archive server and are placed into respective area and building folders on the archive server's hard drive.

5. I conducted a record search for Building 022 as requested by Dan Thessen on August 28, 2006. I conducted the record search by myself and the search lasted approximately one and one half hours. In conducting this record search pursuant to this FOIA request, I accessed and searched the above referenced existing records maintained in the Branch office. My records search included the above-referenced hard copy manual filing system and the electronic archives. I searched through six hard copy file containers and scanned the entire electronic archives. I conducted two separate physical searches to ensure that I did not overlook any relevant records. For these reasons, my records search included all records within the Branch where building blueprints would have been maintained. I found numerous blueprints for buildings at BARC. I found no blueprints for Building 022 at BARC.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 17 2007. 28 U.S.C. sec. 1746

Arlin Taylor
Engineering Draftsman
Engineering and Construction Branch, Research Facilities Solution
Agricultural Research Service, United States Department of Agriculture
Beltsville, Maryland

13

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMON ELLIOTT | ) |
| Plaintiff, | ) ) ) C.A. No. 06-0240 (JDB) |
| UNITED STATES DEPARTMENT OF AGRICULTURE, | ) ) ) ) |
| Defendant. | ) ) |

**Declaration of Claudette Joyner**

1. I, Claudette L. Joyner, am a Realty Specialist, Beltsville Area ("Area"), Agricultural Research Service ("ARS"), United States Department of Agriculture ("USDA"). My work address is 10300 Baltimore Avenue, Building 003, Room 308, Beltsville Agricultural Research Center ("BARC"), Beltsville, Maryland 20750. I have been employed in this position since early 2000.

2. ARS is the United States Department of Agriculture's chief scientific research agency. Its purpose is finding solutions to agricultural problems that affect Americans everyday, from field to table. ARS conducts research to develop and transfer solutions to agricultural problems of high national priority and provide information access and dissemination to ensure high-quality, safe food, and other agricultural products; assess the nutritional needs of Americans; sustain a competitive agricultural economy; enhance the natural resource base and the environment; and provide economic opportunities for rural citizens, communities, and society as a whole. As the Realty Specialist in the Real Property Section for the Area, I am directly responsible for coordinating land (right-of-way and easements) and space usage for buildings and structures involving all

government-owned property at BARC.

3.  The records that are maintained in BARC's Real Property Section consist of records of acquisitions and dispositions; land deeds; a master plan containing information on buildings, structures and land; historic site surveys; building blueprints; building as-built drawings; records of maintenance/improvements related to all buildings, structures, and land on BARC; and inventory maps, including an inventory map, dated 1996, of physical structures, buildings, and boundaries. Blueprints are drawings that reflect how a building or structure is to be constructed and as-built drawings reflect exactly how a building or structure was actually constructed. These records referenced above are in hardcopy form and not in an electronic format. Additionally, other basic Real Property information is stored in an electronic database called the Corporate Property Automated Information System ("CPAIS"). This electronic database provides management accountability and control of Real Property assets, such as space location, space type, ownership, specific land use, and acquisition date and cost.

4.  The above referenced BARC Real Property Section records are maintained and organized in an existing ARS Disposal Authority retention manual filing system kept in the primary Real Property Office. Building, structure, and land searches can be performed in CPAIS electronically, but all existing blueprints are kept only in hard copy and are searched for manually. The manual filing system consists of lockable filing cabinets with drawers containing tabbed and indexed records for each building or structure located on BARC property.

5.  In conducting a record search pursuant to this FOIA request, on or about August 29, 2006, I personally accessed and searched the above referenced existing records

maintained in the BARC Real Property Section. My search was conducted in a ten drawer cabinet that houses all blueprints, as-built drawings and other land records pertaining to BARC, the United States National Arboretum and the Glenn Dale Research Station. Additional records are kept in two lateral six-drawer filing cabinets. A search of these filing cabinets met with negative results in locating blueprints for Building 022. I also searched records of a Historical Site Survey, which consist of several bound books, to determine if any information was included regarding Building 022 on BARC. Although I found references to Building 022, no blueprints were found.

6.    These searches, conducted by myself, took approximately two hours to complete. My records searches included the above-referenced manual filing system and CPAIS. For these searches, CPAIS was used only to confirm the existence of Building 022. My records searches included all records within the Beltsville Area Real Property Section where building blueprints would have been maintained. I found several blueprints for buildings at BARC. I found no blueprints for Building 022 at BARC.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on January 17, 2007. 28 U.S.C. sec. 1746

Claudette L. Joyner
Realty Specialist
Beltsville Area
Agricultural Research Service
United States Department of Agriculture
Beltsville, Maryland 20705

16