UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAMON ELLIOTT,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **UNITED STATES DEPARTMENT OF** ) <br> **AGRICULTURE,** ) <br> ) <br> Defendant. ) <br> ) <br> ) | Civil Action No. 06-0240 (JDB) |

## DEFENDANT'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

Plaintiff has moved for summary judgment. The text of plaintiff's motion provides:

Plaintiff request the Court to grant Summary Judgment in his behalf, and if he prevail in his action, he is thus entitle to fees that are provided for in 41 C.F.R. § 105-60 303(e), and F.O.I.A. 5 U.S.C. § 552 (a)(4)(E).

Plaintiff's motion does not provide a basis for relief in this FOIA action and he has failed to include a statement of material facts not in dispute. In addition, even were plaintiff to prevail, he would not be entitled to fees. The Supreme Court's decision in *Kay v. Ehrler*, 499 U.S. 432 (1991) establishes that 5 U.S.C. 552(a)(4)(E) does not authorize the award of fees to a *pro se* nonattorney plaintiff because "the word 'attorney,' when used in the context of a fee-shifting statute, does not encompass a layperson proceeding on his own behalf." *Benavides v. Bureau of Prisons*, 993 F.2d 257, 259 (D.C. Cir. 1993).

Defendant opposes plaintiff's motion for summary judgment by incorporating by reference its own motion for summary judgment filed on September 27, 2007 (Dk. # 15) and the supplement filed on January 17, 2007 (Dk. # 27). There are no material facts as to which defendant contends there exists a genuine issue necessary to be litigated. *See* Local Civil Rule 56.1.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
CHARLOTTE A. ABEL, D.C. Bar # 388582
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of the foregoing Defendant's Opposition to Motion for Summary Judgment has been made by first-class mail delivery to:

> DAMON ELLIOTT
> R31034-037
> Coleman United States Penitentiary
> Federal Correctional Complex
> P.O. Box 1034
> Coleman, FL 33521-0879

on this 18th day of January 2007.

                                /s/
                              CHARLOTTE A. ABEL
                              Assistant United States Attorney