UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAMON ELLIOTT 31034-037** | ) |
| **Plaintiff,** | ) |
| | ) **Electronic Filing** |
| v. | ) **Civil Action No. 06-0240** |
| | ) |
| **UNITED STATES DEPARTMENT OF AGRICULTURE,** | ) |
| **Defendant.** | ) |

ORDER

UPON CONSIDERATION of Plaintiff's Motion for Summary Judgment, the opposition thereto, and for good cause shown, it is this _____ day of _____, 2007,

ORDERED, that Plaintiff's Motion for Summary Judgment should be, and it hereby is, denied.  Judgment shall be entered on behalf of the defendant.  It is

FURTHER ORDERED, that this case is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE