UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMON ELLIOTT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>Defendant. | Civil Action No. 06-240 (JDB) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant's motion for summary judgment [Dkt. #15] is GRANTED IN PART. Defendant conducted an adequate search for records responsive to plaintiff's FOIA request. Its motion for summary judgment on the ground that plaintiff failed to exhaust his administrative remedies is DENIED. In all other respects, defendant's motion for summary judgment is DENIED WITHOUT PREJUDICE. It is further

ORDERED that plaintiff's motion for summary judgment [Dkt. #25] is DENIED. It is further

ORDERED that defendant shall file a renewed motion for summary judgment by May 30, 2007.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　　　　　United States District Judge

Date:  May 1, 2007