UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **DAMON ELLIOTT 31034-037** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Electronic Filing |
| v. | ) Civil Action No. 06-0240 (JDB) |
| | ) |
| **UNITED STATES DEPARTMENT OF AGRICULTURE** | ) |
| | ) |
| **Defendant.** | ) |

**MOTION TO EXTEND TIME
TO RENEW MOTION FOR SUMMARY JUDGMENT**

This case arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and the Privacy Act ("PA"), 5 U.S.C. § 552a, and pertains to the processing of Plaintiff's FOIA request by the United States Department of Agriculture ("USDA"). Defendant files this motion for an extension of time pursuant to Fed. R. Civ. P. 6(b)(1). Local Civil Rule 7(m) imposing a duty to confer with the opposing counsel on all non-dispositive motions is not applicable because plaintiff is a prisoner who is proceeding pro se.

On May 2, 2007, the Court entered an order granting summary judgment on behalf of defendant, in part, and denying the motion in part. The Court found defendant's search for records to be reasonable and adequate but found that plaintiff's failure to exhaust his administrative remedies was not fatal to this action. The Court granted leave to defendant to renew its motion "with respect to its decision to withhold the blueprints under Exemption 2." Mem. Op. at 11. The Court gave the defendant until May 30, 2007 to do so.

Defendant is diligently working with agency counsel to prepare to renew its motion for summary judgment. However, defendant needs additional time to complete this task for the following reasons. Defense counsel is conducting additional research to be better able to address the precise questions raised by this Court. In addition, defense counsel is having ongoing discussions with agency counsel in order to flesh out the facts which support its renewed motion. Then defense counsel must compile additional affidavits in order to present the operative facts. Defense counsel has determined that defendant will need an additional thirty days in order to finalize its renewed motion for summary judgment. Undersigned counsel is scheduled to go to trial on June 13, 2007, and is also currently completing briefing of post-trial matters in another case. She spoke with agency counsel on May 23, 2007, and together they determined that a minimum of thirty additional days is necessary in order to finalize the motion.

WHEREFORE, defendant moves for an additional thirty days in order to renew its motion for summary judgment, up to and including June 29, 2007.

Respectfully submitted,

__/s/_____
JEFFREY A. TAYLOR
D.C. Bar No. 498610
United States Attorney


__/s/_____
RUDOLPH CONTRERAS
D.C. Bar No. 434122
Assistant United States Attorney


__/s/_____
CHARLOTTE A. ABEL
D.C. Bar No. 388582
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 307-2332

CERTIFICATE OF SERVICE

  I certify that a copy of the foregoing motion to extend time and attached proposed order was mailed, postage prepaid, on this 24th day of May, 2007, to:

Damon Elliott 31034-037
Federal Correctional Complex
United States Penitentiary 2
P.O. Box 1034
Coleman, FL 33521-0879

              __/s/_____
              Charlotte A. Abel