UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAMON ELLIOTT 31034-037** | ) |
| **Plaintiff,** | ) |
| v. | ) Electronic Filing |
| | ) Civil Action No. 06-0240 |
| **UNITED STATES DEPARTMENT OF AGRICULTURE** | ) |
| **Defendant.** | ) |

ORDER

UPON CONSIDERATION of federal defendant's Motion to Extend Time to Renew Motion for Summary Judgment, and for good cause shown, it is this _____ day of _____, 2007,

ORDERED, that federal defendant's motion should be, and it hereby is, granted, and that defendant shall have up to and including June 29, 2007, to renew its motion for summary judgment.

_____
UNITED STATES DISTRICT JUDGE