UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAMON ELLIOTT 31034-037
U.S. PENITENTIARY
P.O. BOX 26030
BEAUMONT, TX. 77720-6030
    Plaintiff,

V.        Civil Action No. 06-0240 (JDB)

UNITED STATES
DEPARTMENT OF AGRICULTURE,
    Defendant.

## NOTICE OF ADDRESS CHANGE

Plaintiff is informing the Court and the defendant in his Notice of Address Change.

RECEIVED
JUN 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Certificate of Service

I hereby certify that a copy of the Notice of Address Change was served by first class postage, prepaid mail, addressed to:

Charlotte Abel
U.S. Attorney Office
Civil Division
555 4th St., N.W.
Washington, D.C. 20530

on this 28th day of May 2007.

DAMON ELLIOTT 31034-037
U.S. Penitentiary
P.O. Box 26030
Beaumont, Tx. 77720-6030