UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMON ELLIOTT 31034-037 )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>UNITED STATES DEPARTMENT OF )<br>AGRICULTURE )<br>)<br>Defendant. )<br>_____) | Electronic Filing<br>Civil Action No. 06-0240 (JDB) |

MOTION TO EXTEND TIME
TO RENEW MOTION FOR SUMMARY JUDGMENT

This case arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and the Privacy Act ("PA"), 5 U.S.C. § 552a, and pertains to the processing of Plaintiff's FOIA request by the United States Department of Agriculture ("USDA"). Defendant files this motion for an extension of time pursuant to Fed. R. Civ. P. 6(b)(1). Local Civil Rule 7(m) imposing a duty to confer with the opposing counsel on all non-dispositive motions is not applicable because plaintiff is a prisoner who is proceeding pro se.

On May 2, 2007, the Court entered an order granting summary judgment on behalf of defendant, in part, and denying the motion in part. The Court found defendant's search for records to be reasonable and adequate but found that plaintiff's failure to exhaust his administrative remedies was not fatal to this action. The Court granted leave to defendant to renew its motion "with respect to its decision to withhold the blueprints under Exemption 2." Mem. Op. at 11. The Court gave the defendant until June 29, 2007 to do so.

Defense counsel must seek an additional extension of time due to the fact that she has been in trial from June 13, 2007 until June 29, 2007. The trial was originally scheduled to last only one week but it lasted longer than anticipated. For this reason, defense counsel has been unavailable to provide the necessary guidance to her client with regard to the provision of additional affidavits to support a renewed motion for summary judgment. Defendant needs an additional thirteen business days to confer with her client and then finalize a renewed motion for summary judgment.

WHEREFORE, defendant moves for an additional thirty days in order to renew its motion for summary judgment up to and including July 19, 2007.

Respectfully submitted,

\_\_\_/s/_____
JEFFREY A. TAYLOR
D.C. Bar No. 498610
United States Attorney


\_\_\_/s/_____
RUDOLPH CONTRERAS
D.C. Bar No. 434122
Assistant United States Attorney


\_\_\_/s/_____
CHARLOTTE A. ABEL
D.C. Bar No. 388582
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 307-2332

CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing motion to extend time and attached proposed order was mailed, postage prepaid, on this 29th day of June, 2007, to:

Damon Elliott 31034-037
Federal Correctional Complex
United States Penitentiary 2
P.O. Box 1034
Coleman, FL 33521-0879

                                                                         __/s/_____
                                                                         Charlotte A. Abel