UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAMON ELLIOTT 31034-037** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Electronic Filing** |
| v.        ) | **Civil Action No. 06-0240** |
| ) | |
| ) | |
| **UNITED STATES DEPARTMENT OF** ) | |
| **AGRICULTURE** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

ORDER

UPON CONSIDERATION of federal defendant's Motion to Extend Time to Renew Motion for Summary Judgment, and for good cause shown, it is this _____ day of _____, 2007,

ORDERED, that federal defendant's motion should be, and it hereby is, granted, and that defendant shall have up to and including July 19, 2007, to renew its motion for summary judgment.

_____
UNITED STATES DISTRICT JUDGE