UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAMON ELLIOTT 31034-037** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Electronic Filing |
| v. | ) Civil Action No. 06-0240 (JDB) |
| | ) |
| **UNITED STATES DEPARTMENT OF AGRICULTURE** | ) |
| | ) |
| **Defendant.** | ) |

**MOTION TO EXTEND TIME
TO RENEW MOTION FOR SUMMARY JUDGMENT**

This case arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and the Privacy Act ("PA"), 5 U.S.C. § 552a, and pertains to the processing of Plaintiff's FOIA request by the United States Department of Agriculture ("USDA"). Defendant files this motion for an extension of time pursuant to Fed. R. Civ. P. 6(b)(1). Local Civil Rule 7(m) imposing a duty to confer with the opposing counsel on all non-dispositive motions is not applicable because plaintiff is a prisoner who is proceeding pro se.

On May 2, 2007, the Court entered an order granting summary judgment on behalf of defendant, in part, and denying the motion in part. The Court found defendant's search for records to be reasonable and adequate but found that plaintiff's failure to exhaust his administrative remedies was not fatal to this action. The Court granted leave to defendant to renew its motion "with respect to its decision to withhold the blueprints under Exemption 2." Mem. Op. at 11. The Court gave the defendant until July 19, 2007 to do so.

Defense counsel must seek a further extension of time due to the fact that she was in trial from June 13, 2007 until June 29, 2007. A post-trial motion is now due on July 23, 2007. For this reason, defense counsel has been unavailable to provide the necessary guidance to her client with regard to finalizing additional affidavits to support a renewed motion for summary judgment. Defendant needs an additional thirty days to confer with her client and then finalize a renewed motion for summary judgment.

WHEREFORE, defendant moves for an additional thirty days in order to renew its motion for summary judgment up to and including August 16, 2007.

Respectfully submitted,

__/s/_____
JEFFREY A. TAYLOR
D.C. Bar No. 498610
United States Attorney


__/s/_____
RUDOLPH CONTRERAS
D.C. Bar No. 434122
Assistant United States Attorney


__/s/_____
CHARLOTTE A. ABEL
D.C. Bar No. 388582
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 307-2332

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing motion to extend time and attached proposed order was mailed, postage prepaid, on the 18th day of July, 2007, to:

Damon Elliott 31034-037
United States Penitentiary
P.O. Box 26030
Beaumont, TX 77720-6030

__/s/_____
Charlotte A. Abel