UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAMON ELLIOTT 31034-037** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> ) <br> **UNITED STATES DEPARTMENT OF** ) <br> **AGRICULTURE** ) <br> ) <br> **Defendant.** ) <br> _____ ) | **Electronic Filing** <br> **Civil Action No. 06-0240** |

ORDER

UPON CONSIDERATION of federal defendant's Motion to Extend Time to Renew Motion for Summary Judgment, and for good cause shown, it is this _____ day of _____, 2007,

ORDERED, that federal defendant's motion should be, and it hereby is, granted, and that defendant shall have up to and including August 16, 2007, to renew its motion for summary judgment.

_____
UNITED STATES DISTRICT JUDGE