UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAMON ELLIOTT 31034-037
U.S. PENITENTIARY
P.O. BOX 26030
BEAUMONT, TX. 77720,
    Plaintiff,

**RECEIVED**
JUL 16 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

V.    Civil Action No. 06-0240 (JDB)

UNITED STATES
DEPARTMENT OF AGRICULTURE,
    Defendant.

## PLAINTIFF'S REPLY TO DEFENDANT MOTION FOR EXTENSION OF TIME

Plaintiff pro se have been litigating this case since 2006. The undersigned counsel repeatedly requested Extension of Time[s] to delay this case.

If the undersigned counsel is scheduled to go to trial, and/or currently completing briefing of post-trial matters in other case's, then counsel need to delay those case[s].

Plaintiff request the Court to make its ruling, and grant no more continuance after July 19, 2007.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of Plaintiff's Reply To Defendant Motion For Extension Of Time was served by first class postage, prepaid mail, addressed to:

Charlotte A. Abel
U.S. Attorney
555 4th St., N.W.
Washington, D.C. 20530

on this 12th day of July 2007.

                Damon Elliott 31034-037
                U.S.P.
                P.O. Box 26030
                Beaumont, TX. 77720