UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAMON ELLIOTT 31034-037
USP P.O. BOX 26030
BEAUMONT, TX. 77720,
      Plaintiff,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE,  07-0341 (JDB)
"                                          "  07-0202 (JDB)
"                                          "  06-0240 (JDB)
UNITED STATES POSTAL SERVICE,  06-2134 (JDB)
      Defendants.

RECEIVED
JUL 20 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MOTION FOR LEAVE TO FILE OUT OF TIME
ASSISTANT FROM COURT

   I make this declaration under the substitute of taking an oath, declaring under the penalty of perjury that the foregoing is true and correct.
   On May 2, 2007, approximately 10:30 am at F.C.C. U.S.P. Coleman 2, Lt. Kleckner order the Response Team to physically and sexually assault and rape me for approximately 45 minutes. One officer of the Team masturbated and ejaculated on my face, and one other penetrated my anus

with his finger, while the others held me down, punching and kicking me in my back, side, and head. Most of my personal legal material (papers) etc. were confiscated and/or lost by staff. Approximately 30 minutes later, I told P.A. Georgy that I was raped and assaulted by staff.

On May 3, 2007, approximately 8:30 am, I told P.A. Chipi, and the Psychological Service Dep't Dr. Whitlock that I was raped and assaulted by staff. I also inform the Warden, SIS, SIA, CIA, FBI, Office of the Inspector General, and the B.O.P. Directors.

On May 11, 2007, I was interviewed by Lt. Elliott and a P.A., and told them about the rape and assault by staff. I was never exaimed or given medical treatment by appropriate medical staff.

On May 15, 2007, I was transfer to Oklahoma, and on May 17, I was transfed to Beaumont U.S.P.

On June 26, and July 11, 2007, at Beaumont, R-D Staff inform me that most of my personal legal papers etc. are missing and I don't have any personal property.

## REMEDY REQUEST

I want to exhaust my administrative remedy at the institution level, be place in a county jail for protection, and that the Defendant's make sure I receive their mail by whatever means necessary to ensure receipt.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this Motion For Leave To File Out Of Time, Assistant From Court was served by first class postage, prepaid mail addressed to:

Charlotte A. Abel
Karen L Melnik
Sherease Louis
Alexander D. Shoaibi,
Assistant U.S. Attorney's
555 4th St., N.W.
Washington, D.C. 20530

on this 16th day of July 2007.

> DAMON ELLIOTT 31034-037
> U.S.P. P.O. Box 26030
> BEAUMONT, TX. 77720

\* The institution is lock-down, so I couldn't xerox.