UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMON ELLIOTT,               )<br>                              )<br>       Plaintiff,            )<br>                              )<br>       v.                     )<br>                              )<br>EXECUTIVE OFFICE OF THE      )<br>UNITED STATES ATTORNEYS,     )<br>                              )<br>       Defendant.            )<br>                              )<br>_____) | Civil Action No. 062-0904 (JDB) |

**STATEMENT OF MATERIAL FACTS AS TO WHICH
THERE IS NO GENUINE ISSUE**

Pursuant to Local Rule 7(h), the defendant hereby submits the following material facts as to which there is no genuine dispute:

1. The critical infrastructure at BARC in need of protection includes wastewater treatment plans, water distribution stations, power transfer stations, water and natural gas distribution stations and lines, biological agents, pathogens, toxins, cannabis, narcotics, chemicals, radioisotopes, computer network servers and routers. 3rd Declar. of Daniel Thesses ¶¶ 4, 5, 6, 7, 8 & 9.

2. The laws and regulations that are likely to be circumvented in the event of potential intruders at the BARC were provided with detailed descriptions of the layout of that facility include the Homeland Security Presidential Directive-7; the Homeland Security Presidential Directive-9 "Defense of United States Agriculture and Food"; the Public Health Security and Bioterrorism Preparedness and Response Act of 2002 (Pub.L. 107-188); 42 C.F.R. Part 72; 7 C.F.R. Part 331; 9 C.F.R. Part 121; 21 U.S.C. § 821; the Federal Insecticide, Fungicide, and

Rodenticide Act; the Resource Conservation and Recovery Act; the Occupational Safety and Health Act; 10 C.F.R. 20.1801; 10 C.F.R. 20.1802. 2nd Decl. of Daniel Thessen; 3rd Decl. of Daniel Thessen ¶¶ 4, 5, 6, 7, 8, 10, 11.

3. Although the Department of Agriculture is not a law enforcement agency, the laws and regulations cited by the defendant above risk of circumvention were implemented to protect against criminal and terrorist activity. See ¶ 2, supra.

4. Physical security and specific asset protection strategies prepared in accordance with the Department of Justice's report titled, "Vulnerability Assessment of Federal Facilities" of June 28, 1995, such as perimeter security; entry security for access of people, packages, and mail into a building; interior security for prevention of criminal or terrorist activities inside the facility; and security planning, would be compromised if building blueprints were turned over to any outside party, or if these blueprints were coupled with other sensitive information relative to the facility. 3rd Decl. of Daniel Thessen ¶ 10.

5. All of the assets noted in Mr. Thessen's declarations are located throughout BARC in several different locations, based on ongoing research needs and requirements. The specific locations where these assets are located are security sensitive to USDA and ARS and location confidentiality must be maintained at all times. 1st, 2nd, Supp. & 3rd Decl. of Daniel Thessen.

6. The location confidentiality would be compromised by release of BARC blueprints, either explicitly by those blueprints that show asset locations, or implicitly by use of the blueprints in combination with other information about the BARC facility. Second Thessen Declaration ¶¶ 4, 5, 6, 7, 8, 9 & 10.

7. If a blueprint were released in redacted form, the redaction itself would identify a sensitive location, which is the very information the agency seeks to protect. Supp. Decl. of

Daniel L. Thessen ¶ 3.

8.  The blueprints are used predominantly for purposes internal to the Agency.  3rd Declar. of Arlin Taylor ¶ 2, 3, 4 & 5; 2nd Declar. of Lisa M. Bynum ¶ 3.

                                        Respectfully submitted,

                                        /s/
                                        JEFFREY A. TAYLOR, D.C. Bar # 498451058
                                        United States Attorney

                                        /s/
                                        RUDOLPH CONTRERAS, D.C. Bar # 434122
                                        Assistant United States Attorney

                                        /s/
                                        CHARLOTTE A. ABEL, D.C. Bar # 388582
                                        Assistant United States Attorney
                                        555 Fourth Street, N.W., Tenth Floor
                                        Washington, D.C. 20530
                                        (202) 307-2332