# Third Declaration of Arlin Taylor
## 23 July 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMON ELLIOTT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>AGRICULTURE, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 06-0240 (JDB) |

**Declaration of Arlin Taylor**

1. I, Arlin Taylor, am an Engineering Draftsman, Beltsville Area ("Area"), Agricultural Research Service ("ARS"), United States Department of Agriculture ("USDA"). This position is located in Research Facilities Solutions, ("RFS"), Engineering and Construction Branch ("ECB"), of the Area. My work address is 10300 Baltimore Avenue, Building 426, Room 202B, Beltsville, Maryland 20705. I have been employed in this position since October 2004. The Area includes the Beltsville Area Research Center ("BARC").

2. ECB provides for the planning, direction, and administration of programs designed for the overall operation, maintenance, and development of the Area. It is responsible for providing engineering and technical services required for the construction of laboratories and other structures, alterations of buildings, and the operation and maintenance of the physical plant for the Area. ECB is responsible within the Area for: preparing plans and specifications for the construction of laboratories and other

structures; renovating laboratories and structures; preparing design criteria and reviewing and approving plans and specifications prepared by outside architectural/engineering firms; inspecting and monitoring contracts by contract personnel; and working on environmental issues involving asbestos and lead abatement, environmental assessments, and erosion and sediment control. The files of ECB contain the blueprints of all buildings at BARC. The staff of ECB routinely uses these blueprints to carry out the above-described functions. As the Engineering Draftsman for the ECB, I am responsible for assisting engineers and engineering technicians with design work and performing drafting assignments, primarily with Computer Aided Design/Drafting, Autodesk Raster software, Geographic Information System software, and various graphics software programs such as Adobe Photoshop and Microsoft PowerPoint. I prepare concept, preliminary, and final design drawings for engineering or architectural disciplines to include the structural, civil, mechanical, electrical, and/or architectural features. I routinely use the above-referenced blueprints of building at BARC to carry out these functions.

3.  The ECB staff primarily uses the blueprints of the buildings at BARC for purposes internal to ARS, USDA. The blue prints are used for guidance in structural, mechanical, plumbing, and electrical work at BARC. This guidance includes the following uses of the blueprints:

- Blueprints identify the foundation, framing and supports of the structures of the facility.
- Blueprints show the location of units such as Air Handling Unit and Roof Top Units. They also show routing of the sheet metal ducts and the duct sizes from the units.
- Blueprints show the location of supply piping such as hot, cold gas, steam piping and sewage lines in the structures of the facility.

- Blueprints display circuit identifications, loads of the circuits, size of the conduct that is used (wire), location of the circuit panel(s), and locations of fuse boxes.

All of this work by ECB staff members who use the blueprints of BARC buildings for this guidance is internal to BARC.

4.  Other USDA staff members outside of ECB sometimes use the BARC building blueprints in the files of the ECB. Examples of this are the use by the staff of the Piping Shop when they need to know the location of shut-off valve(s) in the field, use by the staff of the Electrical Shop when they need to know what panel connects to a pump, and use by a supervisory scientist who needs the floor plan of office space for to plan for the use of space by his scientists.

5.  I have no recollection of providing any person outside USDA with any BARC building blueprints for their use during the entire time that I have worked at ECB.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 23, 2007. 28 U.S.C. 1746

Arlin Taylor
Engineering Draftsman
Engineering and Construction Branch
Research Facilities Solution
United States Department of Agriculture
Beltsville, Maryland 20750