# Second Declaration of Lisa M. Bynum
# 27 July 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMON ELLIOTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0240 (JDB) |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| AGRICULTURE, ) | |
| ) | |
| Defendant. ) | |

**Declaration of Lisa M. Bynum**

1.  I, Lisa M. Bynum, am a Realty Specialist, Beltsville Area ("Area"), Agricultural Research Service ("ARS"), United States Department of Agriculture ("USDA"). My work address is 10300 Baltimore Avenue, Building 003, Room 308A, Beltsville Agricultural Research Center ("BARC"), Beltsville, Maryland 20705. I have been employed in this position since April 2001.

2.  ARS is the USDA's chief scientific research agency. Its purpose is finding solutions to agricultural problems that affect Americans everyday, from field to table. ARS conducts research to develop and transfer solutions to agricultural problems of high national priority and provide information access and dissemination to ensure high-quality, safe food, and other agricultural products; assess the nutritional needs of Americans; sustain a competitive agricultural economy; enhance the natural resource base and the environment; and provide economic opportunities for rural citizens,

1

communities, and society as a whole. As a Realty Specialist in the Real Property Section for the Area, I am directly responsible for coordinating land (permits and easements) and space usage for buildings and structures involving all government-owned property at BARC.

3. The Area Real Property Section predominantly utilizes building drawings for uses internal to USDA, such as: to add room number, room description and square footage information to our space database for buildings that have been newly constructed, gut/rebuilt or renovated; when coordinating laboratory and office moves, so personnel can prepare layouts of furniture and equipment placement for the movers to follow; to resolve discrepancies or identify a particular space (i.e., sometimes laboratories use an "internal" numbering system that differs from what is on the drawing); to assist Facilities Staff with completing requested tasks (i.e., installing interior room numbers on doors, making a key for a specific exterior door to a building with several entrances, etc.). There are also instances where ARS employees within the Area predominantly utilize the building drawings for their purposes:

- Information Technology Section has copied and utilized various building drawings to provide to telephone contractors noting where phone lines are to be routed and new jacks are to be installed.

- Physical Security Office has requested various building drawings for the purposes of security assessment upgrades.

- Laboratories have requested building drawings to include in proposals that are submitted to Animal & Plant Health Inspection Service and Maryland Department of Agriculture for approval of converting greenhouses to meet quarantine

- containment standards.
- Greenhouse Committee has requested building drawings to post on the "Staff Only" intranet website to aid in identifying the user, contact information, and watering responsibility.
- Management has requested various building drawings in order to plan for relocation of individuals or entire laboratories and offices, due to consolidation or program changes.

There are only a few instances where Real Property provides persons outside USDA with building drawings, but it is the result of an action initiated by the Area. For example, architectural historians and cultural resources consultants have requested various building drawings to include with the Maryland Inventory of Historic Properties Form, which is archived with the Maryland Historical Trust and serves as official recordation of buildings to be demolished within an historic district at BARC, and the requested records have been provided by Real Property.

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. 1746. Executed on July 31, 2007.

Lisa M. Bynum
Realty Specialist
Beltsville Area
Agricultural Research Service
United States Department of Agriculture
Beltsville, Maryland  20705

3