UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAMON ELLIOTT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 06-240 (JDB) |
| ) | |
| **UNITED STATES DEPARTMENT OF** ) | |
| **AGRICULTURE,** ) | |
| ) | |
| **Defendant.** ) | |

ORDER

UPON CONSIDERATION of federal defendant's Renewed Motion for Summary Judgment, the opposition thereto, and for good cause shown, it is this _____ day of

_____, 2007,

ORDERED, that federal defendant's Renewed Motion for Summary Judgment should be, and it hereby is, granted, and that judgment shall be entered on behalf of the defendant. It is

FURTHER ORDERED, that this case is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE