UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
AUG 30 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DAMON ELLIOTT 31034-037
U.S.P. P.O. BOX 26030
BEAUMONT, TX. 77720,
    Plaintiff,

v.

Civil Action No. 06-0240 (JDB)

UNITED STATES
DEPARTMENT OF AGRICULTURE,
    Defendant.

## PLAINTIFF REPLY TO DEFENDANT RENEWED MOTION FOR SUMMARY JUDGMENT

### Bad Faith On Part Of Defendant

The defendant affidavits are made in bad faith pursuant F.R.Cv.P. 56(g).

The United States Department of Agriculture shall "sale photographic prints, maps, and blueprints" pursuant Title 7 U.S.C.S. § 2243 and Title 7 U.S.C.A. § 2243.

Summary judgment may be granted to an agency if the "affidavits or declarations are 'relatively detailed, non-conclusory, and not impugned by evidence... of bad faith on part of the agency.'" Mcghee v. CIA, 697 F.2d 1095 (D.C. 1983)

## FACTUAL BACKGROUND OF PLAINTIFF CONVICTION

A employee of the United States Department of Agriculture testified on behalf of the United States of America that "Resident 022, Building 022, and 3696 Sellman Road is one of our residence and is within the special maritime and territorial jurisdiction of the United States and it's a territorial property of the United States Department of Agriculture." see U.S.A. v. Damon Elliott 97-053 (PJM) file in the U.S. District Court District of Md.

## REMEDY

Plaintiff request the Court to Order the Defendant to disclose copies of blueprints to Building 022, Resident 022, and 3696 Sellman Road, Apply a sanction on defendant's behalf, provide plaintiff with an award if he prevail, and any other remedies that deems necessary and just.

Plaintiff also* a Court Camera Review on the requested blueprints.

*request

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the following, "Plaintiff Reply To Defendant Renewed Motion For Summary Judgment by placing same in a sealed, postage prepaid envelope, addeessed to:

Charlotte A. Abel
Assistant United States Attorney
555 4TH St., N.W.
Washington, D.C. 20530

and by depositing same in the U.S. Mail at the U.S. Penitentiary, Beaumont Texas on this 23rd day of August 2007.

Damon Elliott 31034-037
U.S.P. P.O. Box 26030
Beaumont, Tx. 77720