UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DAMON ELLIOTT,**

    **Plaintiff,**

        v.

**UNITED STATES DEPARTMENT OF AGRICULTURE,**

    **Defendant.**

Civil Action No. 06-240 (JDB)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant's renewed motion for summary judgment [Dkt. #37] is GRANTED. It is further

ORDERED that JUDGMENT shall be entered for defendant.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

                                              /s/
                                    JOHN D. BATES
                                  United States District Judge

Date: October 30, 2007