UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

NOV 19 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DAMON ELLIOTT 31034-037

U.S.P. P.O. BOX 26030

BEAUMONT, TX. 77720,

   Plaintiff,

v.                 Cv. No. 06-0240 (JDB)

UNITED STATES DEPARTMENT OF AGRICULTURE,

   Defendant.

MOTION FOR RECONSIDERATION
FED. R. CV. P. 59(e).

   Plaintiff now asks for findings of fact and conclusions of law with respect to defendant's compliance with the F.O.I.A., in its response to his request for records pertaining to blueprints to Residence 22 on which the Beltsville Agriculture Research Center is located.

   This motion is not a second opportunity to present arguments upon which the Court already has ruled or to present arguments that could have been presented earlier.

Did the Court fail to rule on plaintiff's arguments, and did the Court err in granting summary judgment in favor of the defendant's when there was a dispute of material fact as to whether plaintiff can receive blueprints pursuant to Title 7 U.S.C.A. § 2243, [U.S.C.S. § 2243]?

Plaintiff request a relationship to in Court camera review of blueprints only to building No. 22 that's suppose to be a residence?

The Court must see the evidence of agency bad faith.

———

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the following Motion for Reconsideration by prepaid postage mail addressed to:

Charlotte A. Abel
A.U.S.A.
555 4th St., NW
Washington, D.C. 20530

on this 13th day of November 2007.

Damon Elliott