UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**
NOV 1 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DAMON ELLIOTT 31034-037
U.S.P. P.O. BOX 26030
BEAUMONT, TX, 77720,

    Plaintiff - Appellant,

v.   Civil Action No. 06-0240 (JDB)

UNITED STATES DEPARTMENT OF AGRICULTURE,

    Defendant - Appellee.

## NOTICE OF APPEAL

Plaintiff is appealing the Court decision in this action granting defendant Motion for Summary Judgment on 10-30-2007.

_____