UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAMON ELLIOTT,

    Plaintiff,

    v.

UNITED STATES DEPARTMENT OF
AGRICULTURE,

    Defendant.

Civil Action No. 06-0240 (JDB)

## ORDER

The Court granted summary judgment for defendant upon concluding that the agency's decision to withhold in full blueprints of Building 22 at the Beltsville Agricultural Research Center in Beltsville, Maryland was justified under Exemption 2 of the Freedom of Information Act, 5 U.S.C. § 552. *Elliott v. United States Dep't of Agric.*, No. 06-240, 2007 WL 3156287, at *4 (D.D.C. Oct. 30, 2007). Now before the Court is plaintiff's motion for reconsideration under Rule 59(e) of the Federal Rules of Civil Procedure. Plaintiff questions the granting of summary judgment in defendant's favor "when there was a dispute of material fact as to whether he can receive blueprints [of Residence 22 at the Beltsville Agricultural Research Center] pursuant to Title 7 U.S.C.A. § 2243." Pl.'s Mot. for Recons. at 2. Under this provision, the Secretary of Agriculture "may dispose of photographic prints (including bromide enlargements), lantern slides, transparencies, blueprints, and forest maps at cost and 10 per centum additional." 7 U.S.C. § 2243.

Although the Secretary of Agriculture may sell blueprints, nothing in plaintiff's motion (or his complaint in this action) suggests either that such a sale is required or that the agency must disclose the blueprints plaintiff has requested under the FOIA because similar items may be sold to the public. Plaintiff expressly brought this action under the FOIA. Defendant did not act in bad faith by processing plaintiff's request for blueprints under the FOIA, and this Court did not err in resolving this case under the FOIA. Plaintiff's current motion does not reveal any genuine issue of material fact undermining the Court's decision granting summary judgment to defendant on his FOIA claims. The Court therefore concludes that plaintiff's motion for reconsideration is without merit.

Accordingly, it is hereby

ORDERED that plaintiff's motion for reconsideration [Dkt. #42] is DENIED.

SO ORDERED.

/s/
JOHN D. BATES
United States District Judge

Date: December 31, 2007